The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>    Plaintiff,<br><br>  v.<br><br>ALDERWOOD SURGICAL CENTER, LLC, a Washington limited liability company; NORTHWEST NASAL SINUS CENTER, P.S., a Washington professional service corporation, and JAVAD A. SAJAN, M.D.,<br><br>    Defendants. | NO. 2:22-cv-01835-RSM<br><br>STIPULATED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER<br><br>NOTE ON MOTION CALENDAR:<br>May 10, 2023 |

Pursuant to LCR 26(c)(2) and LCR 7(d)(1), the undersigned parties hereby move this Court to enter the attached proposed Stipulated Protective Order. The Parties believe this Stipulated Protective Order complies with the requirements for entry listed in LCR 26(c)(2).

The parties have attached both a clean version of the proposed Stipulated Protective Order and a redline version to show where it departs from the district's model protective order.

STIPULATED MOTION FOR ENTRY OF
STIPULATED PROTECTIVE ORDER
(NO. 2:22-cv-01835-RSM) - 1

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

DATED this 10th day of May, 2023.

| | |
|---|---|
| ROBERT W. FERGUSON<br>Attorney General<br><br>/s/ Zorba Leslie<br>MATTHEW GEYMAN, WSBA #17544<br>CAMILLE M. MCDORMAN, WSBA #53036<br>ZORBA LESLIE, WSBA #58523<br>Assistant Attorneys General<br>Attorneys for Plaintiff State of Washington<br>Consumer Protection Division<br>Office of the Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104 | Attorneys for Defendants<br><br>/s/Eron Z. Cannon<br>ERON Z. CANNON, WSBA #42076<br>JESSE C. WILLIAMS, WSBA #35543<br>MATTHEW C. HALLDORSON, WSBA #51850<br>KRISTEN E. LANGE, WSBA #54335<br>Fain Anderson VanDerhoef Rosendahl O'Halloran Spillane PLLC<br>701 5th Ave #4750<br>Seattle, WA 98104<br><br>s/ James Sanders<br>JAMES SANDERS, WSBA #24565<br>TIFFANY L. LEE, WSBA #51979<br>CARA WALLACE, WSBA #50111<br>Perkins Coie LLP<br>1201 3rd Ave #4900<br>Seattle, WA 98101 |
| *I certify that this memorandum contains 65 words, in compliance with the Local Civil Rules* | |

STIPULATED MOTION FOR ENTRY OF
STIPULATED PROTECTIVE ORDER
(NO. 2:22-cv-01835-RSM) - 2

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

## CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing to be served on all counsel of record via the ECF system.

I certify, under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

DATED this 10th day of May, 2023, at Seattle, Washington.

*/s/ Zorba Leslie*
ZORBA LESLIE, WSBA #58523
Assistant Attorney General

STIPULATED MOTION FOR ENTRY OF
STIPULATED PROTECTIVE ORDER
(NO. 2:22-cv-01835-RSM) - 3

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744