The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>ALDERWOOD SURGICAL CENTER, LLC, a Washington limited liability company; NORTHWEST NASAL SINUS CENTER, P.S., a Washington professional service corporation; and JAVAD A. SAJAN, M.D.,<br><br>Defendants. | NO. 2:22-cv-01835-RSM<br><br>DECLARATION OF MATTHEW GEYMAN IN SUPPORT OF STIPULATED MOTION FOR ORDER RE PRODUCTION OF CIVIL INVESTIGATIVE DEMAND RESPONSE MATERIALS<br><br>NOTE ON MOTION CALENDAR:<br>June 14, 2023 |

I, Matthew Geyman, declare as follows:

1. I am an Assistant Attorney General in the Consumer Protection Division of the Washington Attorney General's Office, and am one of the attorneys of record for Plaintiff State of Washington in this matter. I base this Declaration on my personal knowledge of the files and records herein.

2. I submit this Declaration in support of the parties' stipulated motion for an order authorizing Plaintiff to produce to Defendants in discovery certain documents and information the State received in response to Civil Investigative Demands (CIDs) it served on third parties pursuant to Wash. Rev. Code § 19.86.110 during its pre-litigation investigation in this matter.

DECLARATION OF MATTHEW GEYMAN RE STIPULATED MOTION FOR ORDER RE PRODUCTION OF CIVIL INVESTIGATIVE DEMAND RESPONSE MATERIALS
(NO. 2:22-cv-01835-RSM) - 1

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

3. Prior to filing suit on December 29, 2022, the State served eleven (11) Civil Investigative Demands (CIDs) on third parties requiring them to produce documents and information pursuant to Wash. Rev. Code § 19.86.110. Ten (10) of these third parties provided documents and information in response to these third-party CIDs, including five (5) third parties who provided CID deposition testimony.

4. On April 19, 2023, Defendants served the State with discovery requests that requested all of these third-party CID response materials, including Defendant Alderwood Surgical Center's requests for "all documents and communications" referenced in the Complaint, (RFP No. 1), "all factual materials obtained in [the State's] investigation of Defendants prior to the filing of this lawsuit" (RFP No. 40), and all documents "obtained as part of the State's investigation of Defendants" (RFP No. 42).

5. Wash. Rev. Code § 19.86.110(7) provides that materials provided in response to CIDs shall not "unless otherwise ordered by a superior court for good cause shown, be produced for inspection or copying by, nor shall the contents thereof be disclosed . . . without the consent of the person who produced such material, answered written interrogatories, or gave oral testimony, except as otherwise provided in this section."

6. While the Attorney General may "use" CID responses "as he or she determines necessary in the enforcement of this chapter, including presentation before any court," Wash. Rev. Code § 19.86.110(7)(c), the State does not expect to "use" all of these CID response materials. Thus, in an abundance of caution, before producing these CID response materials to Defendants in discovery, the State seeks a court order authorizing the State to produce the full scope of these third-party CID responses to Defendants in discovery.

7. After receiving Defendants' discovery requests, the State contacted each of the third parties who provided CID responses and sought consent to disclose their CID responses to Defendants in discovery. As of the date of this Declaration, the status of the State's requests for

DECLARATION OF MATTHEW GEYMAN RE STIPULATED MOTION FOR ORDER RE PRODUCTION OF CIVIL INVESTIGATIVE DEMAND RESPONSE MATERIALS
(NO. 2:22-cv-01835-RSM) - 2

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

consent to disclose these CID response materials to Defendants is as follows:

|     | CID Recipient          | Consent Status       |
|-----|------------------------|----------------------|
| 1.  | Avast                  | Consent              |
| 2.  | Better Business Bureau | Consent              |
| 3.  | Prescriber's Choice    | Consent              |
| 4.  | Sincerus Florida       | Consent              |
| 5.  | Amaya Smith            | Consent              |
| 6.  | Sarah Wright           | Consent              |
| 7.  | Jesus Gonzalez         | Consent              |
| 8.  | Yelp                   | Consent              |
| 9.  | Google                 | No response received |
| 10. | Veronica Urquidi       | Declined to consent  |
| 11. | Matthew Russell        | Declined to consent  |

8. For each of the above third parties who have consented to the State's production of their CID response materials to Defendants, the State has produced or is now in the process of producing their CID response materials to Defendants.

9. With respect to the third parties who provided CID testimony and information to the State as required under Wash. Rev. Code § 19.86.110, but declined to consent to disclosure of their CID response materials (Veronica Urquidi and Matthew Russell), the State notified their counsel, Neil Lindquist, by email on June 5, 2023, of the State's intent to bring this Motion and asked if they wished to be heard by the Court in this matter.

10. On June 7, 2023, Mr. Lindquist contacted me and confirmed that Ms. Urquidi and Mr. Russell do not consent to disclosure of their third-party CID responses without court approval, but also confirmed that they will abide by the Court's order in this matter and do not intend to oppose this stipulated Motion.

11. On June 14, 2023, Matthew Halldorson of Fain Anderson VanDerhoef Rosendahl O'Halloran Spillane PLLC, counsel for Defendants, confirmed that Defendants support this Motion and join in presenting this Motion to the Court as a stipulated motion for an order authorizing the State to produce to Defendants in discovery all of the CID response materials the State gathered in its investigation, including these materials the State obtained from Ms. Urquidi,

DECLARATION OF MATTHEW GEYMAN RE STIPULATED MOTION FOR ORDER RE PRODUCTION OF CIVIL INVESTIGATIVE DEMAND RESPONSE MATERIALS (NO. 2:22-cv-01835-RSM) - 3

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

Mr. Russell, and Google, for which the State sought but has not obtained consent.

12. I declare, under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

DATED this 14th day of June, 2023.

*s/ Matthew Geyman*
MATTHEW GEYMAN, WSBA #17544
Assistant Attorney General

DECLARATION OF MATTHEW GEYMAN RE STIPULATED MOTION FOR ORDER RE PRODUCTION OF CIVIL INVESTIGATIVE DEMAND RESPONSE MATERIALS
(NO. 2:22-cv-01835-RSM) - 4

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

**CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing to be served on all counsel of record via the ECF system.

I certify, under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

DATED this 14th day of June, 2023, at Seattle, Washington.

*s/ Matthew Geyman*
MATTHEW GEYMAN, WSBA #17544
Assistant Attorney General

DECLARATION OF MATTHEW GEYMAN RE STIPULATED MOTION FOR ORDER RE PRODUCTION OF CIVIL INVESTIGATIVE DEMAND RESPONSE MATERIALS
(NO. 2:22-cv-01835-RSM) - 5

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744