The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ALDERWOOD SURGICAL CENTER, LLC, a Washington limited liability company; NORTHWEST NASAL SINUS CENTER P.S., a Washington professional service corporation; and JAVAD A. SAJAN, M.D.,<br><br>　　　　　　　Defendants. | NO. 2:22-cv-01835-RSM<br><br>ORDER GRANTING STIPULATED MOTION FOR ORDER RE PRODUCTION OF CIVIL INVESTIGATIVE DEMAND RESPONSE MATERIALS<br><br>NOTE ON MOTION CALENDAR:<br>June 14, 2023<br><br>*Clerk's Action Required* |

THIS MATTER having come before the Court on the parties' Stipulated Motion for Order re Production of Civil Investigative Demand Response Materials, and the Court having reviewed and considered the Motion and the records and files herein, it is now hereby ORDERED that the parties' Motion is GRANTED.

DATED this 15th day of June, 2023.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED
MOTION FOR ORDER RE
PRODUCTION OF CIVIL
INVESTIGATIVE DEMAND
RESPONSE MATERIALS
(NO. 2:22-cv-01835-RSM) - 1

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

Presented by:

| | |
|---|---|
| ROBERT W. FERGUSON<br>Attorney General<br><br><br>*s/ Matthew Geyman*<br>MATTHEW GEYMAN, WSBA #17544<br>CAMILLE M. MCDORMAN, WSBA #53036<br>ZORBA LESLIE, WSBA #58523<br>Assistant Attorneys General<br>Attorneys for Plaintiff State of Washington<br>Consumer Protection Division<br>Office of the Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104 | Attorneys for Defendants<br><br><br>*s/ Matthew Halldorson*<br>ERON Z. CANNON, WSBA #42076<br>JESSE C. WILLIAMS, WSBA #35543<br>MATTHEW C. HALLDORSON, WSBA #51850<br>KRISTEN E. LANGE, WSBA #54335<br>Fain Anderson VanDerhoef Rosendahl O'Halloran Spillane PLLC<br>701 Fifth Avenue, Suite 4750<br>Seattle, WA 98104<br><br>JAMES SANDERS, WSBA #24565<br>TIFFANY L. LEE, WSBA #51979<br>CARA WALLACE, WSBA #50111<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101 |

ORDER GRANTING STIPULATED MOTION FOR ORDER RE PRODUCTION OF CIVIL INVESTIGATIVE DEMAND RESPONSE MATERIALS
(NO. 2:22-cv-01835-RSM) - 2

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

## CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing to be served on all counsel of record via the ECF system.

I certify, under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

DATED this 14th day of June, 2023, at Seattle, Washington.

*s/ Matthew Geyman*
MATTHEW GEYMAN, WSBA #17544
Assistant Attorney General

ORDER GRANTING STIPULATED
MOTION FOR ORDER RE
PRODUCTION OF CIVIL
INVESTIGATIVE DEMAND
RESPONSE MATERIALS
(NO. 2:22-cv-01835-RSM) - 3

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744