The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>  Plaintiff,<br><br>v.<br><br>ALDERWOOD SURGICAL CENTER, LLC, a Washington limited liability company; NORTHWEST NASAL SINUS CENTER P.S., a Washington professional service corporation; and JAVAD A. SAJAN, M.D.,<br><br>  Defendants. | NO. 2:22-cv-01835-RSM<br><br>DECLARATION OF CAMILLE MCDORMAN IN SUPPORT OF STATE'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE DEFENDANTS' LIABILITY UNDER CRFA FOR PRE-SERVICE NDAS |

I, Camille McDorman, declare as follows:

1. I am an Assistant Attorney General in the Consumer Protection Division of the Washington State Attorney General's Office. I am one of the attorneys of record for the Plaintiff State of Washington in this action. I make this declaration based upon my personal knowledge and upon the files and records in this case.

2. Attached as **Exhibit A** is a true and correct copy of an excerpt of the Defendants' Supplemental and Amended Response to State's Civil Investigative Demand, sent by Defendants on September 14, 2022.

3. Attached as **Exhibit B** is a true and correct copy of the Declaration of Sade Barrington, dated December 15, 2021.

DECLARATION OF CAMILLE
MCDORMAN - 1
(2:22-cv-01835-RSM)

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

1   4.      Attached as **Exhibit C** are true and correct copies of contracts that Defendants produced to the State, Bates numbered ASC00001 and AE000299. The State refers to this version as the "first pre-service NDA," used by Defendants from August 15, 2017 to August 21, 2017.

5.      Attached as **Exhibit D** are true and correct copies of contracts that Defendants produced to the State, Bates numbered ASC004350, AE000352, AE000416, AE000527, AE000659, and AE000825. The State refers to this version as the "second pre-service NDA," used by Defendants from August 22, 2017 to January 11, 2019.

6.      Attached as **Exhibit E** are true and correct copies of contracts that Defendants produced to the State, Bates numbered ASC000003, AE001501.001, AE001705.001, AE001753.001, AE001876.001, AE001926.001, and AE001991.001. The State refers to this version as the "third pre-service NDA," used by Defendants from January 12, 2019 to March 24, 2022.

7.      Attached as **Exhibit F** are true and correct copies of contracts that Defendants produced to the State, Bates numbered AE000982, AE001010, AE002526.001, and AE002745.001. The State refers to these different versions as sub-types of the "second pre-service NDA," used by Defendants from August 22, 2017 to January 11, 2019.

8.      Attached as **Exhibit G** is a true and correct copy of the Declaration of Nicole Murphy, dated June 28, 2023.

9.      Attached as **Exhibit H** is a true and correct copy of Yelp's Terms of Service, currently found at https://terms.yelp.com/tos/en_us/20200101_en_us/ (last viewed on Sept. 14, 2023).

10.     Attached as **Exhibit I** is a true and correct copy of a document produced by Defendants, Bates numbered ASC 004107, containing an email exchange between Josh King, General Counsel of RealSelf, and Andrew Olmsted, Defendants' in-house counsel, starting on November 12, 2019 and ending on November 25, 2019, with the subject line "Allure Esthetic."

DECLARATION OF CAMILLE
MCDORMAN - 2
(2:22-cv-01835-RSM)

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

11. Attached as **Exhibit J** is a true and correct copy of an email the State sent to the FTC on December 28, 2022, attaching a draft complaint and a letter to Anisha Dasgupta, FTC's General Counsel, notifying the FTC of the State's intent to bring this action.

I declare, under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

DATED this 14th day of September, 2023, at Seattle, Washington.

*/s Camille McDorman*
CAMILLE MCDORMAN

DECLARATION OF CAMILLE
MCDORMAN - 3
(2:22-cv-01835-RSM)

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury under the laws of the State of Washington that I caused a copy of the foregoing to be served on all counsel of record via the ECF system.

DATED this 14th day of September, 2023, at Seattle, Washington.

*/s Camille McDorman*
CAMILLE MCDORMAN
Assistant Attorney General

DECLARATION OF CAMILLE
MCDORMAN - 4
(2:22-cv-01835-RSM)

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744