# EXHIBIT I

| | |
|---|---|
| **From:** | Josh King <josh.king@realself.com> on behalf of Josh King <josh.king@realself.com> |
| **To:** | Andrew Olmsted |
| **Sent:** | 11/25/2019 2:04:18 PM |
| **Subject:** | Re: Allure Esthetic |

Thanks. I don't have the other doctor's name; we were given a copy of an agreement on Allure letterhead but the name and date were redacted. It could be years old (pre-dating the Consumer Review Fairness Act - or fake - for all I know. It's not terribly uncommon for us to get anonymous drops like this; since we were in communication I figured I'd run it by you.

On Mon, Nov 25, 2019 at 11:28 AM Andrew Olmsted <andrew@allureesthetic.com> wrote:
You should take what you have heard second-hand for what it is- other doctors discussing matters that should not be of concern to them. We've had some issues with general gossip, false DOH reporting, and online defamation in the past year. We have subpoenaed/received identifying information on the individuals posting false/defamatory reviews about us, but would appreciate the other Dr's name to add to our files please.

I'll update you when our web team updates the bottom logo. Thank you.

Andrew

On Mon, Nov 25, 2019 at 11:00 AM Josh King <josh.king@realself.com> wrote:
Thanks again, Andrew.

I'd also like to run an unrelated item by you. A while back another doctor was saying (I'm getting this second-hand) that Allure uses some sort of "no negative reviews" or non-disclosure agreement with its patients. Any truth to that? I know some practices have used them in the past.

Josh

On Mon, Nov 25, 2019 at 10:15 AM Andrew Olmsted <andrew@allureesthetic.com> wrote:
Svc ticket started w/ webmaster.

On Mon, Nov 25, 2019 at 10:12 AM Josh King <josh.king@realself.com> wrote:
Thanks, Andrew. I note that the "top doctors" image is gone, but further down the page - where the clinic features all of its 5 star reviews - the use of "RealSelf" continues to employ our old branding. Can you have that updated with the brand assets I forwarded to you?

Josh

On Mon, Nov 25, 2019 at 8:47 AM Andrew Olmsted <andrew@allureesthetic.com> wrote:
Live.

On Thu, Nov 21, 2019 at 9:45 AM Josh King <josh.king@realself.com> wrote:
Thanks, Andrew - I appreciate the update. Please let me know when the changes go live.

Josh

On Thu, Nov 21, 2019 at 9:28 AM Andrew Olmsted <andrew@allureesthetic.com> wrote:

Hi Josh- wanted to give you a quick update. We have a service order with the Allure Esthetic webmaster to rush updating on the AE site.

Andrew

On Fri, Nov 15, 2019 at 3:14 PM Josh King <josh.king@realself.com> wrote:
Andrew, your team can access logos, etc. here: https://brandfolder.com/realself-press

Please let me know if you have any questions, and confirm when the changes have been made. Thanks,

Josh

On Thu, Nov 14, 2019 at 8:09 AM Josh King <josh.king@realself.com> wrote:
Thanks, Andrew - I will get that for you.

Josh

On Tue, Nov 12, 2019 at 4:52 PM Andrew Olmsted <andrew@allureesthetic.com> wrote:
Thank you Josh. I have forwarded to the appropriate parties. I don't see an issue with updating and will keep you posted. In the meantime, could you please provide us with current badging and branding materials so our marketers can update. Thank you.

Andrew

On Tue, Nov 12, 2019 at 3:40 PM Josh King <josh.king@realself.com> wrote:
Hi Andrew -

Thanks for responding. My concern has to do with Allure's use of out-of-date RealSelf branding and programs. The largest concern is the prominent display of a "RealSelf Top Doctor" badge. This is not a program that RealSelf has engaged in for several years, so there's no substantiation of the claim and it's got a high chance of confusing/dissatisfying users (which is obviously bad for both Allure and RealSelf).

Secondarily, the "Top Doctors" badge and other visual references to RealSelf on the site use branding/typography that is a couple of years out-of-date. I'm sure Allure would prefer that its site look fresh; we'd be happy to supply current image assets.

So, in summary, we ask that Allure drop the "RealSelf Top Doctor" badge and update the imagery to RealSelf's current branding in other places it refers to us.

Let me know once you've got an idea of when these changes can me made, and if you have any questions or would like to discuss further. Thanks,

**Josh King**
General Counsel


On Tue, Nov 12, 2019 at 3:23 PM Andrew Olmsted <andrew@allureesthetic.com> wrote:
Hello Mr. King- I was forwarded a chat transcript regarding RealSelf branding and  programs on our site. Please let me know what in particular is troubling for you and we can go from there. Thanks a ton.

Sincerely,
Andrew Olmsted

--



**Andrew Olmsted, J.D.**  | In-House Counsel

**p:** (206) 209-0988  **f:** (206) 209-0992

**a:** 600 Broadway #320 Seattle, WA 98122

**a:** 3500 188th St SW #670, Lynnwood, WA 98037

**w:** www.AllureEsthetic.com

ALLURE ESTHETIC
P L A S T I C S U R G E R Y

IMPORTANT NOTICE: This communication, including any attachment, contains information, which may be confidential or privileged, and is intended solely for the entity or individual to whom it is addressed. If you are not the intended recipient, you should delete this message and are hereby notified that any disclosure, copying, or distribution of this message is strictly prohibited and may be enforceable by federal and state privacy laws.

--

## Josh King

General Counsel



--



**Andrew Olmsted, J.D.**  | In-House Counsel

**p:** (206) 209-0988  **f:** (206) 209-0992

**a:** 600 Broadway #320 Seattle, WA 98122

**a:** 3500 188th St SW #670, Lynnwood, WA 98037

**w:** www.AllureEsthetic.com



ALLURE ESTHETIC
P L A S T I C S U R G E R Y

IMPORTANT NOTICE: This communication, including any attachment, contains information, which may be confidential or privileged, and is intended solely for the entity or individual to whom it is addressed. If you are not the intended recipient, you should delete this message and are hereby notified that any disclosure, copying, or distribution of this message is strictly prohibited and may be enforceable by federal and state privacy laws.

--

## Josh King

General Counsel

--

## Josh King

General Counsel

--



**Andrew Olmsted, J.D.** | In-House Counsel
**p:** (206) 209-0988  **f:** (206) 209-0992
**a:** 600 Broadway #320 Seattle, WA 98122
**a:** 3500 188th St SW #670, Lynnwood, WA 98037
**w:** www.AllureEsthetic.com



IMPORTANT NOTICE: This communication, including any attachment, contains information, which may be confidential or privileged, and is intended solely for the entity or individual to whom it is addressed. If you are not the intended recipient, you should delete this message and are hereby notified that any disclosure, copying, or distribution of this message is strictly prohibited and may be enforceable by federal and state privacy laws.

--

## Josh King
## General Counsel

--



**Andrew Olmsted, J.D.** | In-House Counsel
**p:** (206) 209-0988  **f:** (206) 209-0992
**a:** 600 Broadway #320 Seattle, WA 98122
**a:** 3500 188th St SW #670, Lynnwood, WA 98037
**w:** www.AllureEsthetic.com



IMPORTANT NOTICE: This communication, including any attachment, contains information, which may be confidential or privileged, and is intended solely for the entity or individual to whom it is addressed. If you are not the intended recipient, you should delete this message and are hereby notified that any disclosure, copying, or distribution of this message is strictly prohibited and may be enforceable by federal and state privacy laws.

--

## Josh King
## General Counsel

--



**Andrew Olmsted, J.D.** | In-House Counsel
**p:** (206) 209-0988  **f:** (206) 209-0992
**a:** 600 Broadway #320 Seattle, WA 98122
**a:** 3500 188th St SW #670, Lynnwood, WA 98037
**w:** www.AllureEsthetic.com



IMPORTANT NOTICE: This communication, including any attachment, contains information, which may be confidential or privileged, and is intended solely for the entity or individual to whom it is addressed. If you are not the intended recipient, you should delete this message and are hereby notified that any disclosure, copying, or distribution of this message is strictly prohibited and may be enforceable by federal and state privacy laws.

--
## Josh King
General Counsel



--



**Andrew Olmsted, J.D.** | In-House Counsel

**p:** (206) 209-0988  **f:** (206) 209-0992

**a:** 600 Broadway #320 Seattle, WA 98122

**a:** 3500 188th St SW #670, Lynnwood, WA 98037

**w:** www.AllureEsthetic.com



IMPORTANT NOTICE: This communication, including any attachment, contains information, which may be confidential or privileged, and is intended solely for the entity or individual to whom it is addressed. If you are not the intended recipient, you should delete this message and are hereby notified that any disclosure, copying, or distribution of this message is strictly prohibited and may be enforceable by federal and state privacy laws.

--
## Josh King
General Counsel

