# EXHIBIT A

**ASC005377-ASC005380**

| | |
|---|---|
| **From:** | Chanel Viner <chanel@allureesthetic.com> on behalf of Chanel Viner <chanel@allureesthetic.com> |
| **To:** | Javad Sajan |
| **CC:** | Andrew Olmsted; Gricelda Prado; Lynda Borge-Jouini |
| **Sent:** | 5/8/2019 9:36:17 AM |
| **Subject:** | Re: negative review hair transplant |

# Redacted - Privileged



**Chanel Viner | Lead Surgical Care Coordinator - Lynnwood**
**p**: (206) 209-0988  **f**: (206) 209-0992
**a:** 600 Broadway #320 Seattle, WA 98122
**a:** 3500 188th St SW #670, Lynnwood, WA 98037
**w:** www.AllureEsthetic.com



IMPORTANT NOTICE: This communication, including any attachment, contains information, which may be confidential or privileged, and is intended solely for the entity or individual to whom it is addressed. If you are not the intended recipient, you should delete this message and are hereby notified that any disclosure, copying, or distribution of this message is strictly prohibited and may be enforceable by federal and state privacy laws.


On Tue, May 7, 2019 at 8:24 PM Javad Sajan <javad.sajan@gmail.com> wrote:

Privileged

Sent from my iPhone

On May 7, 2019, at 8:18 PM, Andrew Olmsted <andrew@allureesthetic.com> wrote:

# Redacted - Privileged

On Tue, May 7, 2019 at 7:36 PM Javad Sajan <javad.sajan@gmail.com> wrote:

# Redacted - Privileged

Sent from my iPhone

On May 7, 2019, at 7:03 PM, Andrew Olmsted <andrew@allureesthetic.com> wrote:

# Redacted - Privileged

ACO

On Tue, May 7, 2019 at 6:21 PM Chanel Viner <chanel@allureesthetic.com> wrote:

# Redacted - Privileged

**Redacted - Privileged**



**Chanel Viner | Lead Surgical Care Coordinator - Lynnwood**
**p**: (206) 209-0988  **f**: (206) 209-0992
**a:** 600 Broadway #320 Seattle, WA 98122
**a:** 3500 188th St SW #670, Lynnwood, WA 98037
**w:** www.AllureEsthetic.com

IMPORTANT NOTICE: This communication, including any attachment, contains information, which may be confidential or privileged, and is intended solely for the entity or individual to whom it is addressed. If you are not the intended recipient, you should delete this message and are hereby notified that any disclosure, copying, or distribution of this message is strictly prohibited and may be enforceable by federal and state privacy laws.

On Tue, May 7, 2019 at 6:04 PM Andrew Olmsted <andrew@allureesthetic.com> wrote:

# Redacted - Privileged

On Tue, May 7, 2019 at 5:49 PM Chanel Viner <chanel@allureesthetic.com> wrote:

# Redacted - Privileged

**Chanel Viner | Lead Surgical Care Coordinator - Lynnwood**
**p**: (206) 209-0988  **f**: (206) 209-0992
**a:** 600 Broadway #320 Seattle, WA 98122
**a:** 3500 188th St SW #670, Lynnwood, WA 98037
**w:** www.AllureEsthetic.com

IMPORTANT NOTICE: This communication, including any attachment, contains information, which may be confidential or privileged, and is intended solely for the entity or individual to whom it is addressed. If you are not the intended recipient, you should delete this message and are hereby notified that any disclosure, copying, or distribution of this message is strictly prohibited and may be enforceable by federal and state privacy laws.

On Tue, May 7, 2019 at 10:24 AM Gricelda Prado <gricelda@allureesthetic.com> wrote:

# Redacted - Privileged

---------- Forwarded message ---------
From: **Javad Sajan** <javad.sajan@gmail.com>
Date: Sat, May 4, 2019 at 6:05 PM
Subject: negative review hair transplant
To: Gricelda Prado <gricelda@allureesthetic.com>, Lynda Borge-Jouini <lynda@allureesthetic.com>, Angela

Turingan <angela@allureesthetic.com>, Belinda Perez <belinda@drjonov.com>

Please see below.  We need to find a way to reach out and fix.  No more facial hair consults for nurses, only for me. Nurses can do scalp hair transplant consults.



Redacted - PHI/PII

**Kirkland, WA**

1 friend

2 reviews

5/4/2019 I went in for a facial hair transplant like they advertise on their website. After sitting an hour waiting for my consultation, a lady brings me into a room and we have a 5 minute talk. She said the MINIMUM Dr. sajan charges is $50,000 for any type of facial hair transplant. She said he will only do a minimum of 2,500 grafts per sitting (which i don't think even think is possible) nor do i need 2,500. They charge $20 per graft which is more than double their nor for hair. She didn't even show me anyone's before and after pics. Let's be honest, if you don't do beard transplants then don't offer it and waste people's time.

--



**Gricelda Prado** | Chief Operating Officer

**p:** (206) 209-0988  **f:** (206) 209-0992

**a:** 600 Broadway #320 Seattle, WA 98122

**a:** 3500 188th St SW #670, Lynnwood, WA 98037



IMPORTANT NOTICE: This communication, including any attachment, contains information, which may be confidential or privileged, and is intended solely for the entity or individual to whom it is addressed. If you are not the intended recipient, you should delete this message and are hereby notified that any disclosure, copying, or distribution of this message is strictly prohibited and may be enforceable by federal and state privacy laws.

--

**Andrew Olmsted, J.D.**  | In-House Counsel

**p:** (206) 209-0988  **f:** (206) 209-0992

**a:** 600 Broadway #320 Seattle, WA 98122

**a:** 3500 188th St SW #670, Lynnwood, WA 98037

**w:** www.AllureEsthetic.com



IMPORTANT NOTICE: This communication, including any attachment, contains information, which may be confidential or privileged, and is intended solely for the entity or individual to whom it is addressed. If you are not the intended recipient, you should delete this message and are hereby notified that any disclosure, copying, or distribution of this message is strictly prohibited and may be enforceable by federal and state privacy laws.

--

**Andrew Olmsted, J.D.** | In-House Counsel

**p:** (206) 209-0988  **f:** (206) 209-0992

**a:** 600 Broadway #320 Seattle, WA 98122

**a:** 3500 188th St SW #670, Lynnwood, WA 98037

**w:** www.AllureEsthetic.com



IMPORTANT NOTICE: This communication, including any attachment, contains information, which may be confidential or privileged, and is intended solely for the entity or individual to whom it is addressed. If you are not the intended recipient, you should delete this message and are hereby notified that any disclosure, copying, or distribution of this message is strictly prohibited and may be enforceable by federal and state privacy laws.



Redacted - PHI/PII

--

**Andrew Olmsted, J.D.** | In-House Counsel

**p:** (206) 209-0988  **f:** (206) 209-0992

**a:** 600 Broadway #320 Seattle, WA 98122

**a:** 3500 188th St SW #670, Lynnwood, WA 98037

**w:** www.AllureEsthetic.com

IMPORTANT NOTICE: This communication, including any attachment, contains information, which may be confidential or privileged, and is intended solely for the entity or individual to whom it is addressed. If you are not the intended recipient, you should delete this message and are hereby notified that any disclosure, copying, or distribution of this message is strictly prohibited and may be enforceable by federal and state privacy laws.



Redacted - PHI/PII