# EXHIBIT C

The Honorable Ricardo S. Martinez

1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
8 **AT SEATTLE**

9 STATE OF WASHINGTON,                    NO. 2:22-cv-01835-RSM

10                            Plaintiff,      DECLARATION OF ASH NAVONE

11 v.

12 ALDERWOOD SURGICAL CENTER,
LLC, a Washington limited liability
13 company; NORTHWEST NASAL
SINUS CENTER, P.S., a Washington
14 professional service corporation, and
JAVAD A. SAJAN, M.D.,
15
                           Defendants.
16

17       I, Ash Navone, declare as follows:

18       1.      I make this declaration with personal knowledge of the matters set forth herein

19 and, if called upon to testify, I could and would testify competently thereto. My knowledge is

20 based upon my direct personal involvement with Alderwood Surgical Center, LLC, d/b/a Allure

21 Esthetic, d/b/a Gallery of Cosmetic Surgery ("Allure Esthetic"), a Seattle area plastic surgery

22 business run by Dr. Javad Sajan.

23       2.      I live in Seattle, Washington. I came to know of Allure Esthetic from online

24 research. I was looking for a Seattle area plastic surgeon to perform a top surgery. At the time

25 my search in Google brought up two plastic surgeons. I chose to visit Dr. Sajan's website because

26 he had more reviews than the other doctor and his review rating was higher.

DECLARATION OF ASH NAVONE - 1
(2:22-cv-01835-RSM)

3.       I was also pleased with Dr. Sajan's before and after photos of top surgeries. The work looked natural, symmetrical, and very clean and precise. His patients appeared to have minimal scarring in comparison to before and after photos I had seen elsewhere.

4.       I chose to go with Dr. Sajan at Allure Esthetic and set up an appointment. I believe I paid a $100 consultation fee. I eventually visited Allure Esthetic's Lynnwood location in early 2019 and met with Dr. Sajan. I recall signing a bunch of documents, one of which was a social media agreement. My understanding of the agreement was that I could not write anything negative about Dr. Sajan or Allure Esthetic online. I recall a monetary punishment associated with the agreement, but do not remember the details.

5.       During the consultation Dr. Sajan did a physical exam and indicated I was a good candidate for a double mastectomy. We discussed insurance in some detail and what to expect in terms of results. Dr. Sajan explained that often times during top surgeries excess skin forms at the end of the stitches and those are referred to as "dog tags." He explained it occurs because doctors are cautious and don't want to be overzealous when removing skin initially. It's hard to predict exactly how much skin to remove during the surgery. Dr. Sajan explained that often minor revision surgeries are needed to remove the "dog tags" and if this happened, not to worry, he would take care of it and it's included in the cost of the surgery.

6.       I reviewed his before and after photos again and saw that none of his patients had the "dog tags" which assured me that he did take care of it. I was aware that "dog tags" are common in plastic surgery from friends who had plastic surgery in the past. It was a concern for me.

7.       After a series of battles with my insurance carrier, Allure Esthetic managed to get approval for the surgery. I had surgery on June 26, 2019. I paid approximately $2,000 up front and the remainder was to be covered by insurance.

8.       By the time of my first follow up visit, the "dog tags" were visible. I brought them to Dr. Sajan's attention and he stated that everything was too new and would need time to settle

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

and for swelling go down. He suggested I start ultrasound massage therapy. I paid $400 for each session of this therapy. I believe I had four sessions of this type of therapy at $400 per session. A copy of the receipt for one of those treatments received on July 18, 2019 is attached as Exhibit A.

9.      I brought up the "dog tags" and my scarring at another visit and Dr. Sajan stated I needed to purchase his scar treatment cream which cost $100. He added, however, that if I gave him a good review online he would sell the scar cream to me at substantially discounted price. I agreed and gave him a great review on Google because the cream was expensive, and the ultrasound massage therapy was not effective. I wanted results like those in Allure Esthetic's "after" photos so I concluded I needed the cream. Additionally, I do not like confrontation so I didn't voice my discontent to Dr. Sajan about his response and all the additional treatments and costs which I was not made aware of before the surgery. I left feeling helpless. My results didn't look like the results in the photos because of the "dog tags."

10.     At the six-month post-surgery mark, the "dog tags" had become even more apparent. I was concerned and specifically asked Dr. Sajan when the "dog tags" would be addressed. Dr. Sajan responded, "You are overweight and need to work out to build muscle." I was so shocked at his change of direction and demeanor that I didn't respond but felt bruised by his words and actions. He did not mention weight loss or lack of muscle mass at the consultation, pre-op visit, or at any time before surgery and it would have affected my decision to go forward.

11.     At the one-year post-surgery mark, I brought up the issue of the "dog tags" to Dr. Sajan again. This time he said, "You are still overweight and didn't work out to build muscle, so I am not going to approve the revision surgery." Once again, I felt lied to and deceived. My weight had not changed, and losing weight and working out were not criteria he ever discussed before the surgery. I felt used and defeated, it was my word against his.

12.     I wanted to write a review and complain to a regulating agency about my experience, but I remembered the social media agreement. I remembered the document I signed

DECLARATION OF ASH NAVONE - 3
(2:22-cv-01835-RSM)

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

meant I could not post a negative review or discredit Dr. Sajan publicly on any social media forum or to anyone.

13.    This became very bothersome to me because I felt like I was letting down other consumers, especially the queer community, by not being able to share the truth about my experience. I was torn on what action to take. I knew that within the LGBTQ community we rely on each other. I wanted to warn everyone that Dr. Sajan doesn't stand by his word, so get everything in writing. I knew if I had seen bad reviews I would have taken those comments into consideration when choosing to go with him and Allure Esthetic. It was the fact that he had all positive reviews that drew me to him and now I knew how he got them.

14.    I started to realize how obvious all of this was, yet I had failed to connect the dots until then. Once I had surgery, it seemed that Allure Esthetic's primary focus was to get me to write a good review. Dr. Sajan and his staff asked me to write a good review at each visit. I felt that they were more concerned about securing a good review than follow-up patient care. I realized it was after he got a positive review from me that he changed his tone and refused to do the revision surgery as he had promised. I felt angry and played.

15.    I discussed my experience and discontent to several of my friends and learned that others who had surgery with Dr. Sajan had experienced similar issues but also didn't write a negative review for the same reason. They believe the social media agreement prevents them from saying anything negative to anyone.

16.    I run a business myself and I take the bad and good reviews as they come. I want my customers to tell the truth, and the bad reviews help us to be better business owners and better serve our customers and community.

17.    Recently, a friend told me about the press release about the State's case against Allure Esthetic and Dr. Sajan, which is what made me feel empowered to reach out to the Attorney General's Office.

DECLARATION OF ASH NAVONE - 4
(2:22-cv-01835-RSM)

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

1        18.   I declare, under penalty of perjury under the laws of the State of Washington, that

2 the foregoing is true and correct.

3

ASH NAVONE

4

5 Place Signed: Seattle, WA

6                City, State

7 Date:       09 / 14 / 2023

                       MM/DD/YYYY

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF ASH NAVONE - 5
(2:22-cv-01835-RSM)

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

# EXHIBIT A

 **Allure Esthetic - Seattle Plastic Surgery Center**
3500 188th St. SW STE 670
Lynnwood, WA  98037 US
2062090988
contactus@allureesthetic.com

**BILL TO**
Ash Navone

| | |
|---|---|
| **SALES RECEIPT 22608** | |
| **DATE** 07/18/2019 | |
| **PMT METHOD** QuickBooks Payments-Credit Card | |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 07/18/2019 | **Esthetician Services:Ultrasound Massage (6 Treatments)** Package of 6 ultrasound massages | 1 | 400.00 | 400.00 |

| | | |
|---|---|---|
| | TOTAL | 400.00 |
| | TOTAL DUE | **$0.00** |

TYPES OF PAYMENT: Payments made by ACH will be accepted no later than three (3) weeks prior to surgery.