# EXHIBIT D

The Honorable Ricardo S. Martinez

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

STATE OF WASHINGTON,

                          Plaintiff,

         v.

ALDERWOOD SURGICAL CENTER, LLC, a Washington limited liability company; NORTHWEST NASAL SINUS CENTER, P.S., a Washington professional service corporation, and JAVAD A. SAJAN, M.D.,

                          Defendants.

NO. 2:22-cv-01835-RSM

DECLARATION OF SHIELIENE RAINES

I, Shieliene Raines, declare as follows:

1.      I make this declaration with personal knowledge of the matters set forth herein and, if called upon to testify, I could and would testify competently thereto. My knowledge is based upon my direct personal involvement with Alderwood Surgical Center, LLC, d/b/a Allure Esthetic, d/b/a Gallery of Cosmetic Surgery ("Allure Esthetic"), a Seattle-area plastic surgery business run by Dr. Javad Sajan.

2.      I live in Yelm, Washington. I came to know of Allure Esthetic from online research I did looking for a surgeon who had lots of experience with revision surgery. This was in early 2021. I was attracted to Dr. Sajan and Allure Esthetic due to the huge number of positive reviews they had. I read most every review, especially anything that had to do with revision

surgeries. I also went onto Dr. Sajan's website and looked at before and after photos to see the quality of his work. The before and after photos were impressive. Additionally, I watched several YouTube videos that were posted on his RealDrSeattle channel. I don't recall seeing any disclaimers about the possibility of the before and after photos being altered. I believe I would remember that because I was purposefully looking for anything negative online. I had a bad experience with the previous surgeon so I was especially cautious in choosing a doctor for the revision. Negative reviews or a disclaimer saying the photos may be altered would have set off an alarm.

3.     I initially reached out to Allure Esthetics through the chat feature on their website on May 19, 2021. After some discussion with the Allure Esthetic team I was encouraged to schedule an in-person consultation. I was asked to pay a $100 fee for the consultation. They told me the fee would be credited to any future surgeries. I paid the fee with a credit card over the phone, and only after I received a copy of the invoice itself as an attachment to an email did I see that the fee was non-refundable. They did not tell me this during the conversation. A copy of the email they sent me with the invoice attached is Exhibit A.

4.     After I paid the consultation fee, they sent me another email with a link to complete paperwork online via patient.touchmd.com. A copy of that email with the link is Exhibit B. Included among the several documents they sent was a mutual non-disclosure agreement which I signed on May 19, 2021. A copy of that signed mutual non-disclosure agreement is attached as Exhibit C.

5.     The non-disclosure agreement caught my attention because the verbiage seemed restrictive and talked about not posting negative reviews on social media. I was alarmed because I had not signed this type of document during my previous surgery at the other doctor's office.

6.     I had my in-person consultation with Dr. Sajan on September 7, 2021. When I arrived at the Lynnwood office, a patient care coordinator gave me another stack of papers to complete prior to seeing the doctor. I do not recall what those documents were about. I recall her

asking me to post a positive review, and me replying that I was not comfortable posting a review before seeing the doctor. The fact that she asked me to post a positive review reminded me of the electronic non-disclosure agreement I had signed. I inquired about that agreement that I signed online and what it was used for. She casually said, "You have nothing to worry about, Dr. Sajan really values his patients and their satisfaction, if you have any issues, just reach out to us and we'll make it right." After my consultation with Dr. Sajan, I decided to proceed with the surgery.

7.      I had the revision surgery January 21, 2022, at the Lynnwood location with Dr. Sajan. Afterwards, he told me the surgery had gone well. However, when the bandages came off I noticed my right nipple was darker and discolored as though the skin was dying. The entire breast was painful to touch, yet numb. I brought it to Dr. Sajan's attention during my first follow up visit on January 24, 2022. Dr. Sajan stated, "The implants are large and it's most likely due to some compression on the nerves, it's a temporary thing, and will work itself out" or words to that effect He made me feel as though I was imagining things when the nipple was clearly darker. He kept saying I don't see it and was condescending as though I was being too critical. At the end of the visit he assured me things would be fine and reminded me that I had agreed to not post a negative review.

8.      I was displeased and frustrated with Dr. Sajan's response. I would have posted a negative review right after that visit because he was so dismissive regarding my concerns, but I didn't because of the agreement that Dr. Sajan reminded me I signed.

9.       When the issue did not resolve I brought it to his attention again at the next two follow up visits on January 31, 2022, and February 21, 2022. Each time, Dr. Sajan brushed off my concern and said "We'll continue to monitor it and see where things are at the next appointment."

10.      On February 25, 2022, the incision on that breast started to open. I sent a photo of my breast to Allure Esthetic through MyTouchMD and they scheduled me in for another

office visit on February 28, 2022. During that visit, Dr. Sajan told me the problem was a result of my body rejecting a stich. He then bandaged it and sold me an ointment that was part of a three-step "after surgery" treatment for approximately $100. Once again, he reminded me of the agreement to not post a negative review and assured me he would make it right.

11.     On March 3, 2022, the incision opened up further and the nipple was darker and more painful, yet still numb. I continued to communicate with the office and sent them additional photos on March 14th, 15th, and 17th. They finally asked me to come back in again on March 21, 2022. Once again, Dr. Sajan told me, "Don't worry about it. I'm going to give you a device that will heal the incision without additional surgery," or words to that effect. He said the process was called negative pressure wound therapy and normally costs $3,000, but he was giving it to me for free because he wanted to "make it right." He continued to talk about the monetary value of the procedure as though he was doing me a favor, and he reminded me to not write a negative review, because he was making it right.

12.     The negative pressure therapy eventually closed the wound but the scar on that breast was unsightly. When I complained to Dr. Sajan about the scar, he told me to continue to use the ointment and gave me phase two of the ointment therapy for free. I questioned why I couldn't use the first phase medication that they had charged me nearly $100 for. He said that the phase one ointment was for maintaining a fresh incision which was not the case for me anymore. He instructed that I move to phase two of the treatment, but not to worry as he would give me the new ointment for free because he wanted to make things right, and he reminded again me again I should not post a negative review.

13.     I continued to use the ointment as directed but did not see any results. I expressed my discontent at every follow up appointment later in March 2022, as well as the appointments on April 4, 2022, and May 2, 2022. During the May 2, 2022 visit, Dr. Sajan told me that I should wait a year and if I was still dissatisfied he would give me a revision surgery for free. At the same time, he reminded me again of the agreement to not to post a negative review.

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

14. By this time I came to understand that Dr. Sajan was more concerned about me writing a negative review than fixing the problem and truly making it right. I was infuriated and remembered that during my first visit I was even encouraged to post a positive review before seeing him.

15. At this juncture, I felt deceived and trapped. I would have absolutely posted a negative review but they had led me to believe the social media agreement was a legally binding contract.

16. I paid $23,000 for the revision surgery. Dr. Sajan was more expensive than other doctors but I justified the additional costs because of all the positive reviews and because he assured me in the consultation that he was the best in Seattle for this type of surgery.

17. My husband and I signed up for a CareCredit credit card and charged half the surgery to the card and paid for the remaining from my husband restricted stock units from Amazon. The interest rate on the credit card was over 20% and eventually the debt became so burdensome I had to take out a personal loan to pay off the credit card charge. I had lost my faith in Dr. Sajan but could not ask my husband for more money to see another doctor. He had already given me $11,000 from money that was earmarked to pay other debt. I had spent lots of money, was unhappy, and could not voice an opinion. I dreaded the follow up visits because Dr. Sajan always made me feel bad about bringing anything up.

18. I was scheduled to have another post-op appointment on July 26, 2022, but I voluntarily agreed to postpone that appointment when I received a text message from Allure Esthetic asking for volunteers to reschedule their appointment for that day. I volunteered and received another text thanking me and telling me they would reach out again to reschedule. To date, no one has reached out.

19. On September 7, 2023, more than a year and half after the revision surgery, I decided that despite everything I would reach out to Allure Esthetic and schedule a follow up to discuss the scars, welting, numbness and pain that I am still experiencing today. I recalled

1  hearing that Allure Esthetic was considering opening an office in Lakewood, Washington, so I

2  did a Google search to see if that was an option since I now live in Yelm and no longer work

3  in Seattle.

4        20.    During that search I came across an article about the Attorney General's case

5  regarding non-disclosure agreements, fake positive reviews, and altered before and after photos.

6  All the pieces came together, and I felt duped and deceived. I feel like I cannot trust Allure

7  Esthetic or Dr. Sajan. I was tricked into believing he was the best in Seattle since nearly all of

8  his reviews were five stars. They made me believe the nondisclosure agreement I signed

9  prevented me from posting a negative review, and Dr. Sajan reminded me of this at each follow

10  up visit.

11        21.    I declare, under penalty of perjury under the laws of the State of Washington, that

12  the foregoing is true and correct.

13  _SHIELIENE RAINES_

14

15  Place Signed: _Yelm, WA_

16  City, State

17  Date: _9/19/2023_

18  MM/DD/YYYY

19

20

21

22

23

24

25

26

DECLARATION OF SHIELIENE RAINES - 6
(2:22-cv-01835-RSM)

# EXHIBIT A

| From: | Shieliene Raines |
|---|---|
| To: | Suner, Victoria (ATG) |
| Subject: | Fwd: Allure Esthetic Invoice |
| Date: | Wednesday, September 13, 2023 9:54:03 AM |
| Attachments: | 9eeb9c1cc6c14d7aaa0b7979be082fc1.PNG |
| | Allure_Invoice.pdf |
| | 9eeb9c1cc6c14d7aaa0b7979be082fc1.PNG |

[EXTERNAL]

---------- Forwarded message ---------
From: **Samantha Moore (samanthamoore@allureesthetic.com)**
<contactus@seattleplasticsurgery.com>
Date: Wed, May 19, 2021, 10:27 AM
Subject: Allure Esthetic Invoice
To: <shylie82@gmail.com>



Dear Shieliene,

I have attached your current invoice.

Please call the office at 206 209 0988 if you have any questions.


Thank you,

Samantha Moore

Seattle Plastic Surgery
600 Broadway Suite 320
Seattle, WA 98122



# INVOICE

Shieliene Raines

Date: Wed 5/19/2021

DOB: ██████ 1982

| Quantity | Description | Price | Total Price |
|----------|-------------|-------|-------------|
| 1.00 | Non-Refundable Consultation Fee | 100.00 | 100.00 |

*Payment Details:*   5/19/2021 Payment - Visa $100.00

*Tax:* $0.00

*Subtotal:* $100.00

*Payments:* ($100.00)

| BALANCE DUE: | $0.00 |
|---|---|

*Please make all checks payable to Alderwood Surgical Center.*

**All product sales are final.** In the case of a documented adverse reaction to any product, an exchange or credit may be issued within 10 days of the original purchase.

**Surgical Date Policy:** In order to secure a date for any surgery procedure, a non-refundable $1,000 deposit must be paid in full. The remaining balance is due no later than three (3) weeks prior to surgery, typically at the pre-operative appointment. The pre-operative appointment generally occurs no later than 3 weeks prior to the scheduled surgery date. If the pre-operative appointment occurs within three (3) weeks of surgery, payment in full is due at the beginning of the appointment. Initials _____

**Surgery Cancellation Policy:** If surgery is cancelled at any time prior to 21 days before surgery, a non-refundable cancellation fee of $1,000 is applied and any remaining surgery deposit balance shall be refunded. If surgery is cancelled within 15-21 days before surgery, an amount equal to 50% of the total surgery fee will be retained by Alderwood Surgical Center and any remaining surgery deposit balance shall be refunded. If surgery is cancelled within 14 days of surgery, an amount equal to 100% of the total surgery fee will be retained by Alderwood Surgical Center. The Medical Director maintains full discretion in applying this policy under special circumstances, such as in the event of a documented medical or other emergency. If the patient desires to reschedule any surgery, it will be handled as the cancellation of the original surgery and the scheduling of a new surgery.  Initials _____

**Esthetic Services Cancellation Policy:** If a prepaid esthetic appointment is cancelled within 24 hours of the appointment time, the treatment will be forfeited. If you simply do not attend a scheduled appointment ("no-show"), any prepayment for the appointment will be forfeited. This policy applies to all esthetic services. If you need to cancel or reschedule your appointment, we respectfully request at least 24 hours notice. Initials _____

Javad Sajan, MD | Seattle: (206) 209-0988 | Fax: (206) 209-0992 | www.allureesthetic.com
Craig Jonov, MD, DMD | Lynnwood: (425) 775-3561 | Fax: (425) 672-1385 | www.cosmeticsurgeryforyou.com
Seattle Plastic Surgery: (206) 324-1120 | www.seattleplasticsurgery.com

**Delinquency Policy:** Payments for goods and services must be made in full at the time of service or delivery of goods. In the event payment is not made timely, any balance will be subject to a 3% monthly finance charge. Written notice will be provided to the mailing address on file after 60 days and 90 days of delinquency. After 90 days of written notice of delinquency, Alderwood Surgical Center shall take action to collect the debt owed, up to and including debt collections and legal action. Initials _____

**Quote and Fee Estimate Policy:** Dr. Sajan's and Dr. Jonov's quote is intended to provide an estimate only, and is subject to change at the discretion of Alderwood Surgical Center. The fees stated in the quote are estimated costs of any procedures listed on the quote. Any discounts given for the procedural plan are as listed, and any deviation from the original procedural plan may result in a loss of discount. The doctor's quote is inclusive of the following expenses: operating room fees, doctor's fees, anesthesia fees. Any revisions or touch ups are subject to additional facility, doctor, and anesthesia fees. In the event that Lab Work/EKG/ Medical Clearance is required prior to surgery, Alderwood Surgical Center must receive written documentation no later than two (2) weeks prior to the surgery. Otherwise, Alderwood Surgical Center reserves the right to cancel the surgery; please refer to the cancellation policy for more information. Initials _____

Javad Sajan, MD | Seattle: (206) 209-0988 | Fax: (206) 209-0992 | www.allureesthetic.com
Craig Jonov, MD, DMD | Lynnwood: (425) 775-3561 | Fax: (425) 672-1385 | www.cosmeticsurgeryforyou.com
Seattle Plastic Surgery: (206) 324-1120 | www.seattleplasticsurgery.com

# EXHIBIT B

**From:** Shieliene Raines
**To:** Suner, Victoria (ATG)
**Subject:** Fwd: Allure Esthetic Upcoming Appointment
**Date:** Wednesday, September 13, 2023 9:52:32 AM
**Attachments:** 53c1c80336784ee08a3e69a911536b37.PNG
41969aa8001148e08522e71d55ce20cc.PNG
53c1c80336784ee08a3e69a911536b37.PNG
41969aa8001148e08522e71d55ce20cc.PNG

---

[EXTERNAL]

---------- Forwarded message ---------
From: **Samantha Moore (samanthamoore@allureesthetic.com)**
<contactus@seattleplasticsurgery.com>
Date: Wed, May 19, 2021, 10:28 AM
Subject: Allure Esthetic Upcoming Appointment
To: <shylie82@gmail.com>



Dear Shieliene,

Congratulations on scheduling your upcoming appointment with Allure Esthetic!

Upcoming Appointment with Javad Sajan, MD on Tue 9/7/2021 at 1:00 PM. **Please kindly take the time to complete your patient paperwork online at patient.touchmd.com prior to your appointment to minimize contact time spent in office and to best practice social distancing.**

**The address to our location is:**

**600 Broadway Suite 320**
**Seattle, WA 98122**

**(206) 209 - 0988**

We are requiring all patients to **please wear a mask to enter the office**.

For safety precautions, children under the age of 10 are unable to enter the facility.

**As a courtesy to our patients and providers, please kindly provide <u>prior business day</u> notice for any cancellations or rescheduling of appointments to avoid being charged a $50 same day cancellation fee.**
**For any Monday appointments, please notify our office by Friday 9pm PST.**

To ensure all patients are seen in a timely fashion, please arrive on time for your scheduled appointment.

Prior to your appointment, we ask that you kindly fill out your patient paperwork online. Please visit https://patient.touchmd.com/#/  **at least 48 hours prior to your scheduled appointment time.**

Your login will be your email address you provided. You *do not* need a Doctor's Registration code as your account has already been created. You will receive a separate Welcome E-mail directly from Touch MD with a link to set up your password. This will be available within 24 hours of scheduling your appointment. If you are unable to locate the email, please check your spam. Otherwise, you are able to attempt to log in and request a password reset. If we have not received your date of birth, you will not be able to successfully log in to your account.

For the Seattle Office, we are located at the corner of Broadway and James Street / East Cherry Street. There is limited street parking and a garage associated with the building. The parking garage entrance is located at a dead end street - East Cherry Street. It is the last parking garage entrance on the right labled "Public Parking." There are 2 parking levels. Please see map image included below.

Parking fees are as follows for Seattle:

0 - 15 mins: $1
16 - 30 mins: $2
31 mins - 1 hour: $7
1 - 2 hours: $9
2 - 3 hours: $11

Please don't hesitate to contact us if you have any additional questions or concerns.


Have a wonderful day!


Thank you,

Samantha Moore



EXHIBIT C

# Ae. Mutual Non-Disclosure Agreement (5)

We take great pride in our reputation for providing the highest levels of quality medical care to our patients. However, we realize there are times when some patients may not be satisfied with the outcome of their treatments. We also recognize that in these instances, a patient has every right to voice their opinion if they are dissatisfied with our service. We respect every patient's right to do so and we welcome the opportunity to correct any issue or concern that may arise.

If I am concerned with the care or service provided to me, Alderwood Surgical Center (DBA Gallery of Cosmetic Surgery, Allure Esthetic, and Seattle Plastic Surgery) and Shielien Raines agree to do the following:


INITIALS

First, Patient agrees to call Alderwood Surgical Center at (206) 209-0988 or (425) 775-3561 and allow Dr. Javad Sajan, Dr. David Santos, and/or Dr. Craig Jonov, and any other person affiliated with Alderwood Surgical Center the opportunity to resolve the issue. I understand that calling Alderwood Surgical Center is a more effective means of reaching a resolution than posting negative reviews. I understand that this Agreement covers all forms of media including online review sites.


INITIALS

Alderwood Surgical Center and its affiliates will make a good faith effort to resolve your concern and will communicate with you in a timely manner to expedite the process.


INITIALS

I agree to work with Alderwood Surgical Center and its affiliates to correct the issue until a resolution is reached.

If you have any questions regarding this form, please do not hesitate to ask your physician or their assistants.


Patient Signature

You have the option to sign this Agreement electronically or sign a paper copy of this Agreement. By signing electronically using any device, means or action, you consent to the legally binding terms and conditions of this Agreement. You further agree that your signature on this Agreement (hereafter referred to as your 'E-Signature') is as valid as if you signed this Agreement in writing. You also agree that no certification authority or other third party verification is necessary to validate your E-Signature, and that the lack of such certification or third party verification will not in any way affect the enforceability of your E-Signature or any resulting agreement between you and Allure Esthetic/The Gallery of Cosmetic Surgery/Seattle Plastic Surgery. You are also confirming that you are authorized to enter into this Agreement in your behalf. You understand that by selecting the 'Decline' button you have the option to have this Agreement made available to you in paper form for hand signing.

You acknowledge that you have access to an account with an internet service provider, and you are able to view or download a copy of the this Agreement by accessing your secure TouchMD account at https://patient.touchmd.com/ (requires the latest web browser), or by using the myTouchMD app (requires the latest iOS or Android version). You understand that a paper copy of this Agreement can also be obtained by contacting Allure Esthetic/The Gallery of Cosmetic Surgery/Seattle Plastic Surgery at contactus@allureesthetic.com or by calling 206-209-0988.

# Certificate of Completion

Patient Name: Shielien Raines

Patient Email: shylie82@gmail.com

Patient Date of Birth: ███ 1982

Document Id: e9bfea6c-7332-4d8b-968c-cf182126112c

Assigned: 2021-05-19 17:37:38Z (UTC)

Signed: 2021-08-09 02:00:24Z (UTC)

Method: Freeform Signing via patient.touchmd.com