# EXHIBIT F

**WA-AG-ALLURE00003841-WA-AG-ALLURE00003841**

**From:** Candace Clark <candace.e.clark74@gmail.com>
**To:** "Suner, Victoria (ATG)" <victoria.suner@atg.wa.gov>
**Subject:** Phone call
**Date:** Thu, 20 Oct 2022 19:50:01 -0700
**Importance:** Normal

[EXTERNAL]

Hi Victoria

Thank you for taking the time to have a discussion with me this evening. I apologize for misinterpreting the voicemail you left me in regards to being subpoenaed to speak with you or your office. I truly appreciated the clarification.

Should you have any questions please do not hesitate to contact me.

Can you please send me any documents you have or your office has obtained in regards to the judgement against me either via email or mail?

Thank you again for your time.

Candace Searles


--
Candace E Searles