The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ALDERWOOD SURGICAL CENTER, LLC, a Washington limited liability company; NORTHWEST NASAL SINUS CENTER P.S., a Washington professional service corporation; and JAVAD A. SAJAN, M.D.,<br><br>　　　　　　　Defendants. | NO. 2:22-cv-01835-RSM<br><br>SUPPLEMENTAL DECLARATION OF CAMILLE MCDORMAN IN SUPPORT OF STATE'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

I, Camille McDorman, declare as follows:

1. I am an Assistant Attorney General in the Consumer Protection Division of the Washington State Attorney General's Office. I am one of the attorneys of record for Plaintiff State of Washington in this action. I make this declaration based on my personal knowledge.

2. Defendants produced a spreadsheet on March 4, 2022, Bates numbered ASC 0003600, identifying 21,885 first patient appointments from August 15, 2017 to December 8, 2021. In a letter, Defendants represented to the State that this was "data regarding individual patient visits . . . from which the AGO can reasonably approximate the number of times [the pre-service NDAs] were used." The first page of this spreadsheet (which totals over 460 pages in PDF form) and the relevant page from Defendants' letter describing the spreadsheet are attached

SUPPLEMENTAL DECLARATION
OF CAMILLE MCDORMAN - 1
(2:22-cv-01835-RSM)

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

**as Exhibit A**. Out of an abundance of caution, to ensure that follow-up visits were excluded, I filtered the visits based on the appointment description. After excluding all appointments other than those with an appointment description that started with "Consult," "VIP RED CARPET CONSULT," "1st Time," or "NEW," the *total* number of first patient visits was 20,701.

3. Based on the frequency of these new-patient visits from August 15, 2017 to December 8, 2021, as calculated above, and assuming that new-patient visits continued at the same rate for the remaining period Defendants used the pre-service NDAs at issue, which continued until March 24, 2022 (a little over three months), I estimated through a straight line extrapolation that the additional number of new-patient visits from December 9, 2021 to March 24, 2022 was 1,440. Based on these calculations, the total number of new-patient visits over the entire period that Allure used the pre-service NDAs at issue was 22,141 (20,701+1,440).

4. Based on the spreadsheet described in Paragraph 2 and the estimation described in paragraph 3, the number of first patient visits from December 14, 2017 (the effective date of the State's enforcement powers) to March 24, 2022 is 21,307, which represents 96% (21,307/22,141) of the total number of new-visits over the entire period.

5. Attached as **Exhibit B** is a true and correct copy of a letter from the United States Department of Health and Human Services (HHS) to a plastic surgery business operating under the name Williams Center for Excellence regarding its use of a form agreement titled "Consent and Mutual Agreement to Maintain Privacy," as well as a copy of that agreement, produced by HHS in response to the State's Freedom of Information Act request in connection with this matter. The State reproduced the HHS FOIA production to Defendants on September 29, 2023.

6. This Consent and Mutual Agreement to Maintain Privacy required patients to agree, in relevant part, that, "In consideration for treatment and the above noted patient protection"—referring to the physician's agreement to maintain patient privacy—"Patient agrees to refrain from directly or indirectly from publishing or airing commentary upon Physician and his practice, expertise and/or treatment." *See* **Exhibit B**.

SUPPLEMENTAL DECLARATION
OF CAMILLE MCDORMAN - 2
(2:22-cv-01835-RSM)

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

7. In its response to a complaint HHS received regarding this practice engaged in by this plastic surgery business, the Williams Center, HHS Regional Manager of the Office of Civil Rights (OCR), Michael R. Carter, stated, "OCR received your response to our data request letter and determined that your Mutual Agreement to Maintain Privacy form and Notice of Privacy Practices do not comport with the Privacy Rule." Mr. Carter provided the Williams Center ten (10) days to provide "[a] copy of a revised 'Consent and Mutual Agreement to Maintain Privacy' form that complies with the Privacy Rule" or to confirm discontinuance of the same. *See* **Exhibit B**.

8. Attached as **Exhibit C** is a true and correct copy of a letter dated April 3, 2020 from the Washington Medical Commission to an unidentified "Whistleblower" complainant regarding a complaint against Dr. Sajan, produced to the State by the Washington Department of Health in response to the State's Public Records Act request in connection with this matter.

9. Attached as **Exhibit D** is a true and correct copy of a letter, dated June 1, 2022 from Amy Magnano, counsel for Dr. Sajan, to Rick Glein, the Director of Legal Services for the Washington Medical Commission, produced by the Washington Department of Health in response to the State's Public Records Act request in connection with this matter.

10. Attached as **Exhibit E** is a true and correct copy of an email dated September 28, 2023, from a paralegal for Defendants' law firm, Fain Anderson Vanderhoef Rosendahl O'Halloran Spillane PLLC, attaching notices of deposition and deposition subpoenas for the below individuals:

- Matthew Russell
- Cynthia Tamlyn
- Victoria Hester
- Veronica Urquidi
- Amaya Smith
- Kanani Koster

SUPPLEMENTAL DECLARATION
OF CAMILLE MCDORMAN - 3
(2:22-cv-01835-RSM)

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

- Rachel Kahl
- Sacha Faust
- Sade Barrington

11. Attached as **Exhibit F** is a true and correct copy of an email dated September 25, 2023, from a paralegal for Defendants' law firm, Perkins Coie LLP, attaching a notice of deposition for Dr. William Portuese.

12. The following table is a non-exhaustive, truthful and accurate summary of the State's productions to Defendants in discovery in this matter:

**Table 1:** Summary of productions of AGO records, communications and files that State produced in response to Defendants' requests.

| Production | Date | Description | Bates prefix | #documents | #pages |
|---|---|---|---|---|---|
| 3 v.1 | 5/19/2023 | Witness declarations, consumer complaints, documents referenced in Complaint | WA-AG | 117 | 357 |
| 3 v.2 | 5/19/2023 | Web captures of Google and Yelp reviews | WA-AG | 1 | 149 |
| 4 v.1 | 6/19/2023 | Civil Investigative Demand (CID) responses, including deposition transcripts and exhibits, produced with consent of CID recipient | WA-AG | 357 | 1,781 |
| 4 v.2 | 6/19/2023 | CID responses produced with consent of CID recipient | SF-PC | 1,070 | 2,915 |
| 4 v.2 | 6/19/2023 | CID responses produced with consent of CID recipient | WRIGHT | 1 | 5 |
| 5 v.1 | 6/20/2023 | CID responses, including deposition transcripts and exhibits, produced by court order | WA-AG | 189 | 719 |
| 5 v.2 | 6/20/2023 | CID responses produced with consent of CID recipient | RDS | 57 | 459 |

SUPPLEMENTAL DECLARATION OF CAMILLE MCDORMAN - 4
(2:22-cv-01835-RSM)

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

| | | | | | |
|---|---|---|---|---|---|
| 7 | 9/7/2023 | Witness declarations, third party communications | WA-AG | 1,454 | 3,799 |
| 9 v.1 | 9/29/2023 | Witness declarations, web captures of Defendants' online presence | WA-AG | 2,813 | 11,238 |
| **Totals** | | | | **6,059** | **21,422** |

13. The following table is a non-exhaustive, truthful and accurate summary of the State's productions of documents received pursuant to State's Subpoenas Duces Tecum to Defendants in discovery in this matter:

**Table 2:** Summary of productions received pursuant to State's Subpoenas Duces Tecum (SDTs) that State produced to Defendants.

| Production | Date | Description | Bates prefix | #documents | #pages |
|---|---|---|---|---|---|
| 1 | 5/8/2023 | SDT responses | YELP_LIT | 16 | 28 |
| 2 | 5/17/2023 | SDT responses | REALSELF_LIT | 1 | 23 |
| 6 | 7/25/2023 | SDT responses | GALDERMA | 276 | 544 |
| 8 v.2 | 9/15/2023 | SDT responses | GALDERMA | 2 | 2 |
| **Totals** | | | | **295** | **597** |

14. The following table is a non-exhaustive, truthful and accurate summary of the State's productions of documents received via State's public records/FOIA requests to Defendants in discovery in this matter:

SUPPLEMENTAL DECLARATION
OF CAMILLE MCDORMAN - 5
(2:22-cv-01835-RSM)

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

Table 3: Summary of productions received via State's public records/FOIA requests that State produced to Defendants.

| Production | Date | Description | Bates prefix | #documents | #pages |
|---|---|---|---|---|---|
| 8 v.1 | 9/15/2023 | Public Records Request (PRR) responsive documents | WA-DOH_LIT | 81 | 2,176 |
| 9 v.2 | 9/29/2023 | FOIA responsive documents | HHS_LIT | 1 | 68 |
| **Totals:** | | | | **82** | **2,244** |

15. The following table is a non-exhaustive, truthful and accurate summary of the written discovery requests served by Defendants on the State and the status of the State's written responses thereto (the State's production of responsive documents remains ongoing):

Table 4. Dates Defendants' discovery requests were received and dates of State's initial and amended responses.

| Defedants' Discovery Requests | Number of Requests | Date Received | State's Response | State's Amended Response |
|---|---|---|---|---|
| Alderwood First Set of Rogs & RFPs | 13 Rogs; 44 RFPs | 4/19/2023 | 5/19/2023 | 7/17/2023 |
| Sajan First Set of Rogs & RFPs | 14 Rogs; 8 RFPs | 4/19/2023 | 5/19/2023 | 7/17/2023 |
| Defendants' First RFAs | 39 RFAs | 4/19/2023 | 5/19/2023 | N/A |
| Defendants' Second RFAs | 17 RFAs | 8/22/2023 | 9/21/2023 | N/A |

16. The following table is a non-exhaustive, truthful and accurate summary of the Subpoenas Duces Tecum which Defendants have notified the State they intended to serve, and where known to the State, the status of the responses thereto:

SUPPLEMENTAL DECLARATION
OF CAMILLE MCDORMAN - 6
(2:22-cv-01835-RSM)

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

**Table 5.** Summary of the Supoenas Duces Tecum Defendants have notified the State they intend to serve and, where known to the State, the status of the responses thereto.

| Defendants' SDT Requests: | Response due per SDT: | Status of Response | Date(s) Responses shared with State |
|---|---|---|---|
| William Portuese, MD | 6/26/2023 | Received | 6/27/23 & 8/4/23 |
| Google LLC | 6/26/2023 | Received | 8/4/2023 |
| Gripeo | 6/26/2023 | Unknown | N/A |
| RealSelf, Inc. | 6/26/2023 | Received | 8/4/2023 |
| Yelp, Inc. (1) | 6/26/2023 | Unknown | N/A |
| Neil Lindquist | 8/21/2023 | Unknown | N/A |
| Sharhram Salemy, MD | 8/21/2023 | Received | 9/21/2023 |
| Integrity Marketing Services LLC | 8/21/2023 | Received | 10/6/2023 |
| Kimberly Bierman | 8/23/2023 | Received | 8/23/2023 |
| Veronica Urquidi | 8/23/2023 | Unknown | N/A |
| Green Monkey Studio LLC | 8/17/2023 | Unknown | N/A |
| News Exposure | 8/17/2023 | Unknown | N/A |
| Yelp, Inc. (2) | 8/17/2023 | Unknown | N/A |

17. Attached as **Exhibit G** is a true and correct copy of the Declaration of LaDona Jensen, dated October 6, 2023, summarizing the AGO's productions in response to Defendants' counsel Tiffany Lee's public records requests sent to the State in connection with this matter.

//
//
//
//
//

SUPPLEMENTAL DECLARATION
OF CAMILLE MCDORMAN - 7
(2:22-cv-01835-RSM)

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

1  I declare, under penalty of perjury under the laws of the State of Washington, that the
2  foregoing is true and correct.
3  DATED this 6th day of October, 2023, at Seattle, Washington.

                                             *s/ Camille McDorman*
                                             CAMILLE MCDORMAN

SUPPLEMENTAL DECLARATION
OF CAMILLE MCDORMAN - 8
(2:22-cv-01835-RSM)

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury under the laws of the State of Washington that I caused a copy of the foregoing to be served on all counsel of record via the ECF system.

DATED this 6th day of October, 2023, at Seattle, Washington.

       */s Camille McDorman*
       CAMILLE MCDORMAN
       Assistant Attorney General

SUPPLEMENTAL DECLARATION
OF CAMILLE MCDORMAN - 9
(2:22-cv-01835-RSM)

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744