# EXHIBIT A

| ID | apptdate | appttype |
|---|---|---|
| 1 | 8/15/2017 8:30:00 | NEW Botox/Dysport Injection Patient |
| 2 | 8/15/2017 9:45:00 | Consult: New Patient Dr. SX |
| 3 | 8/15/2017 10:30:00 | Consult: New Patient Dr. SX |
| 4 | 8/15/2017 11:00:00 | Botox/Dysport |
| 5 | 8/15/2017 11:30:00 | Consult: New Patient Dr. SX |
| 6 | 8/15/2017 13:00:00 | Consult: New Patient Dr. SX |
| 7 | 8/15/2017 14:00:00 | Consult: New Patient Dr. SX |
| 8 | 8/15/2017 14:00:00 | Consult: New Patient Dr. SX |
| 9 | 8/15/2017 14:30:00 | Consult: Fillers |
| 10 | 8/15/2017 15:30:00 | Consult: New Patient Dr. SX |
| 11 | 8/15/2017 16:00:00 | NEW Botox/Dysport Injection Patient |
| 12 | 8/15/2017 16:00:00 | Consult: New Patient Dr. SX |
| 13 | 8/15/2017 16:30:00 | Botox/Dysport |
| 14 | 8/15/2017 17:00:00 | Consult: New Patient Dr. SX |
| 15 | 8/15/2017 17:30:00 | NEW Botox/Dysport Injection Patient |
| 16 | 8/15/2017 18:00:00 | Consult: New Patient Dr. SX |
| 17 | 8/16/2017 9:00:00 | Filler Injection |
| 18 | 8/16/2017 9:30:00 | Consult: New Patient Dr. SX |
| 19 | 8/16/2017 11:00:00 | Consult: New Patient Dr. SX |
| 20 | 8/16/2017 11:15:00 | Consult: New Patient Dr. SX |
| 21 | 8/16/2017 12:00:00 | Botox/Dysport |
| 22 | 8/16/2017 12:30:00 | Botox/Dysport |
| 23 | 8/16/2017 12:30:00 | Botox/Dysport |
| 24 | 8/16/2017 13:30:00 | Consult: New Patient Dr. SX |
| 25 | 8/21/2017 8:30:00 | NEW Botox/Dysport Injection Patient |
| 26 | 8/21/2017 9:00:00 | Consult: New Patient Dr. SX |
| 27 | 8/21/2017 9:00:00 | Consult: New Patient Dr. SX |
| 28 | 8/21/2017 9:30:00 | Consult: New Patient Dr. SX |
| 29 | 8/21/2017 9:45:00 | Post-Op |
| 30 | 8/21/2017 10:45:00 | Consult: New Patient Dr. SX |
| 31 | 8/21/2017 12:00:00 | Consult: New Patient Dr. SX |
| 32 | 8/21/2017 12:00:00 | Consult: Skin Care |
| 33 | 8/21/2017 12:45:00 | Consult: New Patient Dr. SX |
| 34 | 8/21/2017 13:30:00 | Consult: New Patient Dr. SX |
| 35 | 8/21/2017 14:00:00 | Consult: New Patient Dr. SX |
| 36 | 8/21/2017 15:00:00 | Consult: New Patient Dr. SX |
| 37 | 8/21/2017 15:00:00 | Consult: New Patient Dr. SX |
| 38 | 8/21/2017 16:00:00 | Consult: New Patient Dr. SX |
| 39 | 8/21/2017 16:00:00 | Consult: New Patient Dr. SX |
| 40 | 8/21/2017 16:45:00 | Botox/Dysport |
| 41 | 8/21/2017 17:30:00 | Consult: Virtual Consult (phone) |
| 42 | 8/21/2017 18:00:00 | Consult: New Patient Dr. SX |
| 43 | 8/21/2017 18:30:00 | Consult: Virtual Consult (phone) |
| 44 | 8/22/2017 8:00:00 | NEW Botox/Dysport Injection Patient |
| 45 | 8/22/2017 8:30:00 | Consult: New Patient Dr. SX |

CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO RCW 19.86.110(7)

Attorney General of Washington
March 4, 2022
Page 2

November 24, 2021 were signed by those patients on July 2, 2020, August 23, 2021, and October 1, 2021, respectively.

As a companion to the sample MNAs, we have gathered information about the number of patients who signed each MNA. We have had extensive conversations with PatientNow, Alderwood's electronic health record management platform, regarding the number of MNAs that were signed by Alderwood's patients. Due to limitations with PatientNow's software, PatientNow has confirmed there is no automated way to tally the number of signed MNAs. As we've previously communicated, to provide a precise number would require a manual review of each individual patient record, which would take thousands of hours.[1] Such an undertaking would be unduly burdensome for any business but is especially burdensome to Alderwood, a family-run medical practice.

PatientNow, however, was able to provide data regarding individual patient visits. We are providing the following data and information, from which the AGO can reasonably approximate the number of times each MNA was used:

- Bates labeled document ASC003600 is an excel spreadsheet containing deidentified patient data. The data was pulled by PatientNow and has been deduplicated to show the first patient visit for each patient seen from August 15, 2017 through December 8, 2021. Please note that some of the patients on this list had their initial consults prior to August 15, 2017.

- In general, if the MNA was presented to the patient, it was done so in conjunction with the patient's initial intake appointment.

- As noted above, in the initial sampling of the 18 MNAs requested by the AGO, 4 patient files did not include a signed MNA. Thus, contrary to Alderwood's prior good faith belief that all of its patients were presented with and signed an MNA, the sampling demonstrates that not every patient file during the time period for which the MNAs were used contains an MNA; only 18 out of 22 patient files reviewed included signed MNAs.

Based on our investigation to date, the forms were used as follows:

- The form produced as Bates labeled document ASC 000001 was used from approximately August 15, 2017 through January 11, 2019. The form remained substantively the same during that time period with slight variations made to the fifth subpart to the second paragraph of the form. *Compare, e.g.*, ASC 000001, *with* ASC003562 *and* ASC003567.

---

[1] The sampling of the MNAs for the dates you requested was a manual review which took approximately 12 hours.

Perkins Coie LLP
155956984