# EXHIBIT C

**WASHINGTON Medical Commission**
Licensing. Accountability. Leadership.

April 03, 2020

[25 Whistleblower]

[25 Whistleblower]

Case Number: 2020-4804

Dear [25 Whistleblower]:

Thank you for submitting your recent report in which you expressed concerns regarding Javad Abbas Sajan, MD.MD.60430545. A panel of Commissioners met to review your report and to determine whether to authorize an investigation. After reviewing the issues raised in your report, the panel decided not to authorize an investigation.

Examples of concerns that the Washington Medical Commission (Commission) may not investigate include isolated occurrences that do not suggest ongoing patient risk, billing disputes, personality conflicts, or medical errors that were promptly addressed with remedial action already accomplished. Priority is given to matters that identify a danger to patients, including competency concerns, unresolved medical error suggesting a risk of future patient harm, criminal conduct, substance abuse or other impairment, sexual misconduct, and other instances of unprofessional conduct that may negatively impact patient care.

You may request that the Commission reconsider your report if you have new information and you provide the new information to us within 30 days of receiving this notification. Please send any information that has not already been submitted to the Commission to the address listed below or to medical.reconsiderations@wmc.wa.gov. Please keep in mind, anything obtained from the closed complaint file would not constitute new information as the Commission has thoroughly considered these materials in making their determination.

You have the right to request any publicly disclosable information contained in the file. To do so, your request must be submitted in writing to the Department of Health, Public Disclosure & Records Center, PO Box 47865, Olympia, WA 98504-7865; fax to (360) 586-2171; or email PDRC@doh.wa.gov. Please include the case number listed above.

Thank you for bringing your concerns to our attention. If you have any questions, please contact us at (360) 236-2706.

360-236-2750 | PO Box 47866 | Olympia, Washington 98504-7866 | Medical.Commission@wmc.wa.gov
www.WMC.wa.gov

WA-DOH_LIT_000176

Sincerely,
Complaints Unit
medical.complaints@wmc.wa.gov

WA-DOH_LIT_000177