# EXHIBIT E

| | |
|---|---|
| **From:** | Meghan R. Wallander |
| **To:** | Geyman, Matt (ATG); McDorman, Camille (ATG); Leslie, Zorba (ATG); Marti, Miranda (ATG); Kiefer, Christopher (ATG); ATG MI CPR Reader |
| **Cc:** | tiffanylee@perkinscoie.com; egonzalez@perkinscoie.com; cwallace@perkinscoie.com; jsanders@perkinscoie.com |
| **Subject:** | State v. Alderwood Surgical Center, et al. - Dep Notices/Subpoenas |
| **Date:** | Thursday, September 28, 2023 11:16:46 AM |
| **Attachments:** | Barrington - NOD.pdf <br> Barrington - Subpoena.pdf <br> Faust - NOD.pdf <br> Faust - Subpoena.pdf <br> Hester - NOD.pdf <br> Hester - Subpoena.pdf <br> Kahl - NOD.pdf <br> Kahl - Subpoena.pdf <br> Koster - NOD.pdf <br> Koster - Subpoena.pdf <br> Russell - NOD.pdf <br> Russell - Subpoena.pdf <br> Smith - NOD.pdf <br> Smith - Subpoena.pdf <br> Tamlyn - NOD.pdf <br> Tamlyn - Subpoena.pdf <br> Urquidi - NOD.pdf <br> Urquidi - Subpoena.pdf |

[EXTERNAL]

Good morning Counsel,

Please find attached to this email Notices of Deposition and Subpoenas which are being served on the relevant individuals this week. If you have any question or concerns please let us know. Thank you!

**Meghan R. Wallander, Paralegal**

3131 Elliott Avenue, Suite 300
Seattle, WA 98121
206-515-2157

FAVROS Law has moved to a new Seattle location (address above).  Please update your records accordingly. Phone, email, and fax will remain unchanged.

# FAVROS | LAW

FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE PLLC

This email and attachments contain information that may be confidential or privileged. If you are not the intended recipient, notify the sender at once and delete this message completely from your information system. Further use, disclosure, or copying of information contained in this email is not authorized, and any such action should not be construed as a waiver of privilege or other confidentiality protections.