# EXHIBIT F

| | |
|---|---|
| **From:** | Starr, June (Perkins Coie) |
| **To:** | Geyman, Matt (ATG); McDorman, Camille (ATG); Leslie, Zorba (ATG) |
| **Cc:** | Sanders, James (Perkins Coie); Lee, Tiffany (Perkins Coie); Wallace, Cara V. (Perkins Coie); eron@favros.com; matth@favros.com; kristen@favros.com; jesse@favros.com |
| **Subject:** | State of Washington v. Alderwood Surgical Center LLC, et al.; Case No. 2:22-CV-01835-RSM |
| **Date:** | Monday, September 25, 2023 2:12:46 PM |
| **Attachments:** | Notice of Deposition - Dr. Portuese.pdf |

[EXTERNAL]

Counsel:

Please see attached Notice of Deposition of Dr. William Portuese.

*–June*

**June Starr | Perkins Coie LLP**
LEGAL SECRETARY
COMMERCIAL LITIGATION
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3426
F. +1.206.359.4426
E. JStarr@perkinscoie.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.