EXHIBIT G

The Honorable Ricardo S. Martinez

1

2

3

4

5

6

7                    **UNITED STATES DISTRICT COURT**
                **WESTERN DISTRICT OF WASHINGTON**
8                            **AT SEATTLE**

9    STATE OF WASHINGTON                    NO. 2:22-cv-01835-RSM
                            Plaintiff,
10                                          DECLARATION OF LADONA
        v.                                  JENSEN
11
     ALDERWOOD SURGICAL CENTER,
12   LLC, a Washington limited liability
     company; NORTHWEST NASAL SINUS
13   CENTER P.S., a Washington professional
     service corporation; and JAVAD A.
14   SAJAN, M.D.,

15                          Defendants.

16       LADONA JENSEN hereby declares as follows:

17       1.    I have personal knowledge of the facts herein, am over 18 years of age and am

18   competent to testify to such facts.

19       2.    I am currently employed as the Director of Public Records & Constituent

20   Services for the Washington State Office of the Attorney General (AGO). I have held this

21   position since September 2002, and have worked for the AGO for over 30 years. My duties in

22   this position include reviewing, processing and responding to Public Records Act (PRA)

23   requests received by the AGO.

24       3.    The following paragraphs detail the AGO's production of documents, as well as

25   documents made available but not produced, in response to public records requests the AGO

26   received from Tiffany Lee between September 14, 2022 and February 22, 2023.

4.      On September 14, 2022, the AGO received a public records request from Tiffany Lee. This request was assigned number PRR-2022-0770. A true and correct copy of the request is attached as **Exhibit A**.

5.      Records responsive to PRR-2022-0770 were made available on November 4, 2022, and the file was closed the same day. A summary of the records produced by the AGO is below.

| Production Date | Delivery Form | # of Pages Produced |
|---|---|---|
| 11/4/2022 | Email | 19 |

6.      On November 16, 2022, the AGO opened a new request based on follow-up questions received from Tiffany Lee. This request was assigned number PRR-2022-0925. A true and correct copy of the follow-up questions forming the basis of the new request is attached as **Exhibit B**.

7.      Records responsive to PRR-2022-0925 were made available on December 12, 2022, and the file was closed the same day. A summary of the records produced by the AGO is below.

| Production Date | Delivery Form | # of Pages Produced |
|---|---|---|
| 12/12/2022 | Email | 9 + link to WSBA |

8.      On January 10, 2023, the AGO received another public records request from Tiffany Lee. This request was assigned number PRR-2023-0026. A true and correct copy of the request is attached as **Exhibit C**.

9.      Records responsive to PRR-2023-0026 were first made available on February 17, 2023. Records production is ongoing and is nearly completed. A summary of the records produced by the AGO to date is included below.

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

| Production Date | Delivery Form | # of Pages Produced | # of mb of Native Data Produced |
|---|---|---|---|
| 2/24/23 | Mailed USB | 214 | 64 |
| 3/27/23 | Mailed USB | 824 | 52 |
| 4/19/23 | Mailed USB | 1,274 | 0 |
| 5/18/23 | Mailed USB | 1,387 | 72 |
| 6/26/23 | Mailed USB | 885 | 0 |
| 7/31/23 | Mailed USB | 656 | 34 |
| 8/31/23 | Mailed USB | 1,094 | 23 |
| 9/25/23 | Mailed USB | 2,578 | 0 |
| | **Total Pages / Native Data Produced:** | **8,912 / 245 mb** | **245mb** |

10.    On February 22, 2023, the AGO received another public records request from Tiffany Lee. This request was assigned number PRR-2023-0122. A true and correct copy of the request is attached as **Exhibit D**.

11.    Records responsive to PRR-2023-0122 were made available on May 30, 2023. However, Ms. Lee failed to pay for the records and thus the request was administratively closed and no records were produced.

12.    I declare under penalty of perjury under the laws of the State of Washington that the above declaration is true and correct to the best of my knowledge.

DATED at ___Olympia___, Washington this 6th day of October, 2023.


*La Dona Jensen*
LA DONA JENSEN
Director of Public Records & Constituent Services

DECLARATION OF LADONA JENSEN - 3
(2:22-cv-01835-RSM)

EXHIBIT A

| | |
|---|---|
| **From:** | Lee, Tiffany (SEA) |
| **To:** | ATG WWW Public Records Requests |
| **Cc:** | Gonzalez, Elva (SEA) |
| **Subject:** | Public Records Request |
| **Date:** | Wednesday, September 14, 2022 9:14:23 AM |
| **Attachments:** | image001.png |

[EXTERNAL]

To Whom It May Concern:

Provide information sufficient to show the Office of the Attorney General's processes within the affirmative litigation divisions with regards to evaluating potential or actual conflicts of interests, biases, or impartiality when staffing investigation or litigation matters.

I request that responsive records provided electronically by email or alternatively, via the following secure FTP link to tiffanylee@perkinscoie.com and egonzales@perkinscoie.com: https://exchange.leapfile.com/fts/drop/custom/upload/Start.jsp

Regards,

**Tiffany L. Lee** | **Perkins Coie LLP**
COUNSEL
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3304
F. +1.206.359.4404
E. TiffanyLee@perkinscoie.com



NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

# EXHIBIT B

| | |
|---|---|
| **From:** | Lee, Tiffany (SEA) |
| **To:** | Jensen, LaDona R (ATG) |
| **Cc:** | Gonzalez, Elva (SEA); Boeder, Thomas L. (SEA); Wallace, Cara V. (SEA); Sanders, James (SEA) |
| **Subject:** | RE: Public Records Request - PRR-2022-0770 |
| **Date:** | Thursday, November 17, 2022 11:35:50 AM |
| **Attachments:** | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |

---

[EXTERNAL]

Ms. Jensen –

We are not interested in all conflict screening questionnaires upon exit or hire at this time, but we are interested the documents sufficient to show any additional conflict vetting and screening procedures and processes specifically for the staffing of attorneys, investigators, and other staff (such as paralegals) for specific investigations, cases, and litigations in the affirmative litigation divisions.  When I say "affirmative litigation divisions," I am referring to specifically to Consumer Protection, Antitrust, Civil Rights, and Complex Litigation.

**Tiffany L. Lee** | **Perkins Coie LLP**
**COUNSEL**
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3304
F. +1.206.359.4404
E. TiffanyLee@perkinscoie.com



---

**From:** Jensen, LaDona R (ATG) <ladona.jensen@atg.wa.gov>
**Sent:** Thursday, November 17, 2022 11:15 AM
**To:** Lee, Tiffany (SEA) <TiffanyLee@perkinscoie.com>
**Subject:** RE: Public Records Request - PRR-2022-0770

Ms. Lee –

My apologies, your email got buried in my Inbox.  I want to be sure what you are asking in your November 7th email.  We provided our policies on how conflicts are screened from the hiring process / exit process.  We interpreted your original request to be for "processes" but are you now stating you are requesting documentation relating to the *implementation* of those processes?  If it is the latter, are you seeking all conflict screening questionnaires (CSQ) filled out by AGO employees?  Just for perspective, we have approximately 1,300 employees.

Before, we begin pulling any CSQs, we need some clarification regarding what you mean by "the AGO's affirmative litigation divisions."  We don't categorize our divisions in that way and it is possible that many of our divisions would or are engaged in affirmative litigation, so

it may be more helpful for us if there are specific divisions you would like for us to pull from. Lastly, is your request for a specific time period or for all CSQs that we might possess?

Please let us know right away, but not later than November 30, 2022.  Thank you and again, I apologize for not responding sooner.

La Dona Jensen
Director of Public Records
 & Constituent Services
WA Attorney General's Office
ladona.jensen@atg.wa.gov

---

**From:** Lee, Tiffany (SEA) <TiffanyLee@perkinscoie.com>
**Sent:** Wednesday, November 16, 2022 11:09 AM
**To:** Jensen, LaDona R (ATG) <ladona.jensen@atg.wa.gov>
**Cc:** Gonzalez, Elva (SEA) <EGonzalez@perkinscoie.com>; Boeder, Thomas L. (SEA) <TBoeder@perkinscoie.com>; Wallace, Cara V. (SEA) <CWallace@perkinscoie.com>; Sanders, James (SEA) <JSanders@perkinscoie.com>
**Subject:** RE: Public Records Request - PRR-2022-0770

[EXTERNAL]

Ms. Jensen –

I am following up on our question below with regards to the public record request.  Please let us know when you think you may be in a position to respond.


Kind Regards,

**Tiffany L. Lee** | **Perkins Coie LLP**
**COUNSEL**
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3304
F. +1.206.359.4404
E. TiffanyLee@perkinscoie.com



---

**From:** Lee, Tiffany (SEA)
**Sent:** Monday, November 7, 2022 9:27 AM
**To:** Jensen, LaDona R (ATG) <ladona.jensen@atg.wa.gov>
**Cc:** Gonzalez, Elva (SEA) <EGonzalez@perkinscoie.com>; Boeder, Thomas L. (SEA) <TBoeder@perkinscoie.com>; Wallace, Cara V. (SEA) <CWallace@perkinscoie.com>; Sanders, James (SEA) <JSanders@perkinscoie.com>

**Subject:** RE: Public Records Request - PRR-2022-0770

Ms. Jensen –

Thank you for the response. I see that you have provided records regarding a conflicts process that applies when "Attorney Staff" are hired or transferred. Our request is actually a bit different – we are looking for documentation relating to the vetting of personal and professional conflicts of interests and potential biases, including the appearance of impropriety, when attorneys and non-attorneys (including investigators) are staffed on particular investigations and matters within the AGO's affirmative litigation divisions. Can you confirm that this was encompassed in your search? And is the lack of responsive material indicative that the AGO did not find any documentation responsive to our request?

**Tiffany L. Lee** | **Perkins Coie LLP**
COUNSEL
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3304
F. +1.206.359.4404
E. TiffanyLee@perkinscoie.com



**From:** Jensen, LaDona R (ATG) <ladona.jensen@atg.wa.gov>
**Sent:** Friday, November 4, 2022 3:56 PM
**To:** Lee, Tiffany (SEA) <TiffanyLee@perkinscoie.com>
**Subject:** RE: Public Records Request - PRR-2022-0770

Ms. Lee –

This email is to conclude your below public records request.

Attached to this email is a 19-page (TL-00001 – TL-00019) document of records located in response to your request. We did not withhold or redact any information. We are sending to you free of charge and will now consider this request closed.

Please contact me at the below email address or at Office of the Attorney General, Public Records & Constituent Services, P.O. Box 40100, Olympia, WA 98504-0100, if you have any questions. Thank you.

La Dona Jensen
Director of Public Records
 & Constituent Services
WA Attorney General's Office
ladona.jensen@atg.wa.gov

**From:** Lee, Tiffany (SEA) <TiffanyLee@perkinscoie.com>

**Sent:** Wednesday, September 14, 2022 9:14 AM
**To:** ATG WWW Public Records Requests <PublicRecords@ATG.WA.GOV>
**Cc:** Gonzalez, Elva (SEA) <EGonzalez@perkinscoie.com>
**Subject:** Public Records Request

[EXTERNAL]

To Whom It May Concern:

Provide information sufficient to show the Office of the Attorney General's processes within the affirmative litigation divisions with regards to evaluating potential or actual conflicts of interests, biases, or impartiality when staffing investigation or litigation matters.

I request that responsive records provided electronically by email or alternatively, via the following secure FTP link to tiffanylee@perkinscoie.com and egonzales@perkinscoie.com: https://exchange.leapfile.com/fts/drop/custom/upload/Start.jsp

Regards,

**Tiffany L. Lee | Perkins Coie LLP**
COUNSEL
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3304
F. +1.206.359.4404
E. TiffanyLee@perkinscoie.com



NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

EXHIBIT C

**From:**         Lee, Tiffany (SEA)
**To:**           ATG WWW Public Records Requests
**Cc:**           Sanders, James (SEA); Wallace, Cara V. (SEA); Gonzalez, Elva (SEA)
**Subject:**    Public Records Request
**Date:**        Tuesday, January 10, 2023 11:04:58 AM
**Attachments:**  image001.png

[EXTERNAL]

On behalf of Alderwood Surgical, we are submitting a public records request for the following records:

1. All communications, memos, notes, and documents regarding the Washington Office of the Attorney General's decision to publicize its investigation of and lawsuit against Alderwood Surgical Center, Northwest Nasal Sinus Center, and Javad Sajan.
2. All communications with the press regarding Alderwood Surgical Center, Northwest Nasal Sinus Center, or Javad Sajan.
3. All documents supporting the factual claims you made in your public press conference on December 29, 2022 regarding Alderwood Surgical Center, Northwest Nasal Sinus Center, and Javad Sajan.
4. All documents supporting the factual claims you make in the AGO's press release issued December 29, 2022, "AG Ferguson files lawsuit against Seattle-based plastic surgery clinic for bribing, threatening patients to falsely inflate its online ratings," available at https://www.atg.wa.gov/news/news-releases/ag-ferguson-files-lawsuit-against-seattle-based-plastic-surgery-clinic-bribing.
5. All internal communications and communications with the press regarding the press release you issued and the press conference you held about your lawsuit *State of Washington v. Alderwood Surgical Center, et. al.* filed in the United States District Court Western District of Washington, Case No. 2:22-cv-01835.
6. Documents sufficient to show your efforts to substantiate the anticipated allegations and statements made by Cynthia Tamlyn and Victoria Hester who participated in your press conference on December 29, 2022 regarding Javad Sajan, Alderwood Surgical Center, or Northwest Nasal Sinus Center.
7. All communications and documents regarding your decision to not interview Allure Esthetic leadership or otherwise allow it to answer or rebut allegations made by witnesses in your investigation prior to repeating these allegations publicly in a press conference.
8. Documents sufficient to reflect the AGO's understanding about whether a physician may publicly respond to public allegations made by patients.
9. Documents sufficient to show the AGO's understanding of a physician's due process rights in their ability to practice their profession.
10. All documents reflecting the concern expressed by AAG Matthew Geyman about "whether doctors should be allowed to advertise at all."
11. All complaints received by the Washington Office of the Attorney General regarding Javad Sajan, Alderwood Surgical Center, Allure Esthetic, or Northwest Nasal Sinus Center.
12. All communications between the Washington Office of the Attorney General and any former

employee or contractor of Alderwood Surgical Center or any of its affiliates.

13. All communications between the Washington Office of the Attorney General's Office and Dr. William Portuese, The Seattle Facial Plastic Surgery Center, or any other competitor of Javad Sajan, Alderwood Surgical Center, Allure Esthetic, or Northwest Nasal Sinus Center.

14. All communications and documentation regarding your decision to staff and retain a former patient of Allure Esthetic on the investigation of Alderwood Surgical Center.

We would prefer to receive these records in electronic format, if possible. I request that responsive records provided electronically by email or alternatively, via the following secure FTP link to tiffanylee@perkinscoie.com and egonzales@perkinscoie.com: https://exchange.leapfile.com/fts/drop/custom/upload/Start.jsp.

Please reach out if you have questions.

Kind Regards,

**Tiffany L. Lee | Perkins Coie LLP**
**COUNSEL**
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3304
F. +1.206.359.4404
E. TiffanyLee@perkinscoie.com



NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

EXHIBIT D

| | |
|---|---|
| **From:** | Lee, Tiffany (SEA) |
| **To:** | ATG WWW Public Records Requests |
| **Cc:** | Sanders, James (SEA); Wallace, Cara V. (SEA); Eron Z. Cannon; Gonzalez, Elva (SEA) |
| **Subject:** | Public Records Request |
| **Date:** | Tuesday, February 21, 2023 8:40:30 PM |

[EXTERNAL]

To Whom It May Concern:

Provide all communications in the possession of the Office of the Attorney General between the Office of Attorney General and the Federal Trade Commission, Washington Medical Commission, the U.S. Department of Health and Human Services, or any other Federal or state agency regarding Dr. Javad Sajan, Alderwood Surgical Center, Allure Esthetic, and Northwest Nasal and Sinus Center.

**Tiffany L. Lee | Perkins Coie LLP**
**COUNSEL**
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3304
F. +1.206.359.4404
E. TiffanyLee@perkinscoie.com

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.