1

2

3

4

5

6

7

8

The Honorable Ricardo S. Martinez

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STATE OF WASHINGTON,

                Plaintiff,

    v.

ALDERWOOD SURGICAL CENTER, LLC, a
Washington limited liability company;
NORTHWEST NASAL SINUS CENTER P.S.,
a Washington professional service corporation;
and JAVAD A. SAJAN, M.D.,

                Defendants.

NO. 2:22-cv-01835-RSM

STIPULATED MOTION TO SEAL THE
DECLARATION OF JAMES SANDERS IN
SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFF'S MOTION
FOR FEES AND COSTS FOR
DEFENDANTS' FAILURE TO COMPLY
WITH THE COURT'S DISCOVERY
ORDER AND EXHIBIT 1 THERETO AND
ORDER TO SEAL

NOTE ON MOTION CALENDAR:
Monday, November 13, 2023

## I.  INTRODUCTION

Pursuant to Local Civil Rule 5(g), above named parties jointly move the Court for an

order to permit the Declaration of James Sanders in support of Defendants' Opposition to

Plaintiff's Motion for Fees and Costs for Defendants' Failure to Comply with the Court's

Discovery Order, and Exhibit 1 thereto to be filed and maintained under seal, because these

documents contain protected health information ("PHI") subject to the Health Insurance

Portability and Accountability Act ("HIPAA"), of 1996, Pub. L. No. 104-191, and the

Washington Uniform Health Care Information Act ("UHCIA"), RCW 70.02.

**II.    LEGAL STANDARD**

For non-dispositive motions, the public's right to access to records filed before a court yield if there is a "good cause." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006).

**III.    ARGUMENT**

Medical records are properly filed under seal because they "contain[] sensitive personal health information protected" from disclosure by HIPAA. *Cont'l Med. Trans. LLC v. Health Care Serv. Corp.*, No. C20-0115-JCC, 2021 WL 2072524, at *4 (W.D. Wash. May 24, 2021); *see also Karpenski v. Am. Gen. Life Cos., LLC*, No. 2:12–cv–01569RSM, 2013 WL 5588312, at *2 (W.D. Wash. Oct. 9, 2013). The declaration and exhibits contain protected information of patients of Defendants, and therefore implicate HIPAA, UHCIA, and their protections. *See* 45 C.F.R. § 164.508(a)(1) (not listing litigation as an exception to the general rule that authorization is required before public disclosure of protected health information); *see also* RCW 70.02.

**IV.    LCR 5(g) CERTIFICATION**

Pursuant to LCR 5(g), prior to filing this motion, counsel for the parties met and conferred via email on November 13, 2023. The parties agreed to jointly move the Court to maintain the declaration and exhibits under seal to prevent the public disclosure of protected health information. The parties agree that there is no option short of sealing to protect this sensitive personal information.

**V.    CONCLUSION**

For the reasons listed above, the Court should grant the parties' stipulated motion to file and maintain under seal the Declaration of James Sanders in support of Defendants' Opposition to Plaintiff's Motion for Fees and Costs for Defendants' Failure to Comply with the Court's Discovery Order, and Exhibit 1 thereto.

JOINT MOTION TO SEAL AND ORDER TO SEAL -2
  (2:22-cv-01835-RSM)
164471665.1

1    DATED this 13th day of November, 2023.

2                                                    *I certify this memorandum contains 365 words, in*
                                                     *compliance with the Local Civil Rules.*
3

4                                                    PERKINS COIE LLP

5                                                    By:*/s/ James Sanders*
                                                         James Sanders, WSBA #24565
6                                                        Tiffany L. Lee, WSBA #51979
                                                         Cara Wallace, WSBA #50111
7

8                                                        Perkins Coie LLP
                                                         1201 Third Avenue, Suite 4900
9                                                        Seattle, Washington 98101-3099
                                                         (206) 359-8000
10                                                       *JSanders@perkinscoie.com*
                                                         *TiffanyLee@perkinscoie.com*
11                                                       *CWallace@perkinscoie.com*

12
                                                         Attorneys for Defendants Alderwood Surgical
13                                                       Center, LLC, a Washington limited liability
                                                         company; Northwest Nasal Sinus Center P.S.,
14                                                       a Washington professional service
                                                         corporation; and Javad A. Sajan, M.D.
15

16
                                                         Robert W. Ferguson
17                                                       Attorney General

18                                                   By:*/s/ Matthew Geyman*
                                                         Matthew Geyman, WSBA #17544
19                                                       Camille M. McDorman, WSBA #53036
                                                         Zorba Leslie, WSBA #58523
20                                                       Alexandra Kory, WSBA #49889
                                                         Bret Finkelstein, WSBA #48845
21

22                                                       Assistant Attorneys General
                                                         800 Fifth Avenue, Suite 2000
23                                                       Seattle, WA 98104
                                                         (206) 464-7744
24

25                                                       Attorneys for Plaintiff State of Washington

JOINT MOTION TO SEAL AND ORDER TO SEAL -3
 (2:22-cv-01835-RSM)
164471665.1

**ORDER**

Pursuant to the above stipulation, the Court hereby ORDERS that the Declaration of James Sanders in support of Defendants' Opposition to Plaintiff's Motion for Fees and Costs for Defendants' Failure to Comply with the Court's Discovery Order, and Exhibit 1 thereto shall be filed and maintained under seal.

DATED this 7th day of December, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented By:

PERKINS COIE LLP

By:/s/
James Sanders, WSBA #24565
Tiffany L. Lee, WSBA #51979
Cara Wallace, WSBA #50111

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
(206) 359-8000
*JSanders@perkinscoie.com*
*TiffanyLee@perkinscoie.com*
*CWallace@perkinscoie.com*

Attorneys for Defendants Alderwood Surgical Center, LLC, a Washington limited liability company; Northwest Nasal Sinus Center P.S., a Washington professional service corporation; and Javad A. Sajan, M.D.

1

Robert W. Ferguson
Attorney General

2

3

By:/s/
Matthew Geyman, WSBA #17544

4

Camille M. McDorman, WSBA #53036
Zorba Leslie, WSBA #58523

5

Alexandra Kory, WSBA #49889
Bret Finkelstein, WSBA #48845

6

7

Assistant Attorneys General
800 Fifth Avenue, Suite 2000

8

Seattle, WA 98104
(206) 464-7744

9

10

Attorneys for Plaintiff State of Washington

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

JOINT MOTION TO SEAL AND ORDER TO SEAL -5
 (2:22-cv-01835-RSM)
164471665.1