The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>  Plaintiff,<br><br>  v.<br><br>ALDERWOOD SURGICAL CENTER, LLC, a Washington limited liability company; NORTHWEST NASAL SINUS CENTER P.S., a Washington professional service corporation; and JAVAD A. SAJAN, M.D.,<br><br>  Defendants. | NO. 2:22-cv-01835-RSM<br><br>**DECLARATION OF JAMES SANDERS IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR PROTECTIVE ORDER**<br><br>NOTE ON MOTION CALENDAR: Friday, April 19, 2024 |

I, James Sanders, declare and state as follows:

1. The information contained in this declaration is true and correct to the best of my knowledge, and I am of majority age and competent to testify about the matters set forth herein.

2. I am a Partner with Perkins Coie LLP, and I represent Defendants Alderwood Surgical Center, LLC, Northwest Nasal Sinus Center P.S. and Javad A. Sajan, M.D. (collectively "Defendants") in the above-entitled action. I submit this declaration in support of Defendants' Opposition to Plaintiff's Motion for Protective Order.

3. Attached as **Exhibit 1** is a true and correct copy of documents produced by Plaintiff in discovery, bates marked WA-AG-ALLURE00005523-26, 5070, 5360-72, 5382-86, 5391-95, 5399-5406, 5509-15, 5518-22, and 5527-28.

DECLARATION OF JAMES SANDERS -1
(2:22-cv-01835-RSM)

166436977.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

4. Attached as **Exhibit 2** is a true and correct copy of excerpts from the Deposition of William A. Portuese, M.D., taken by certified court reporter Kristin L. Mattsen on October 25, 2023 in Seattle, Washington.

5. Attached as **Exhibit 3** is a true and correct copy of a document Defendants received through a public records request, bates marked as TL-01599-1601 (PRR-2023-0026).

6. Attached as **Exhibit 4** is a true and correct copy of a printout from the Washington Public Disclosure Commission's website, showing contributions by Dr. William Portuese to Attorney General Ferguson. This information is publicly searchable at, https://www.pdc.wa.gov/political-disclosure-reporting-data/browse-search-data/contributions.

7. Attached as **Exhibit 5** is a true and correct copy of a document Defendants received through a public records request, bates marked as TL-00001-8 (PRR-2023-0026).

8. Attached as **Exhibit 6** is a true and correct copy of an excerpt of the State's September 21, 2023 Responses to Defendants' Second Requests for Admission to Plaintiff State of Washington.

9. Attached as **Exhibit 7** is a true and correct copy of documents produced by Plaintiff in discovery, bates marked WA-AG-ALLURE00005121-22. Based on my review of documents produced by Plaintiff, my understanding is that Plaintiff's lead investigator first contacted patient witnesses in August 2021. **Exhibit 7** is one of the communications I identified from August 2021.

10. **Exhibit 8** is deliberately omitted.

11. Attached as **Exhibit 9** is a true and correct copy of a 2019 email exchange between Dr. William Portuese and Josh King (General Counsel for RealSelf.com), received in response to a subpoena duces tecum and bates marked as REALSELF_LIT_00003-4.

12. **Exhibit 10** is deliberately omitted.

13. Attached as **Exhibit 11** is a true and correct copy of Defendant Alderwood Surgical Center's Requests for Production to Plaintiff State of Washington.

DECLARATION OF JAMES SANDERS -2
(2:22-cv-01835-RSM)

166436977.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

14. Attached as **Exhibit 12** is a true and correct copy of an excerpt of the State's May 19, 2023 Responses to Defendant Alderwood Surgical Center's Requests for Production to Plaintiff State of Washington.

15. Attached as **Exhibit 13** is a true and correct copy of Plaintiff's Initial Disclosures.

16. **Exhibit 14** is deliberately omitted.

17. **Exhibit 15** is deliberately omitted.

18. Attached as **Exhibit 16** is a true and correct copy of excerpts from the Deposition of Victoria Hester, taken by certified court reporter Cheryl Macdonald on October 18, 2023 in Seattle, Washington.

19. Attached as **Exhibit 17** is a true and correct copy of a document produced by Plaintiff in discovery, bates marked WA-AG-ALLURE00003768-82.

20. Attached as **Exhibit 18** is a true and correct copy of excerpts from the Deposition of Chanel Viner, taken by certified court reporter Cheryl Macdonald on April 3, 2024 by Zoom.

21. Attached as **Exhibit 19** is a true and correct copy of a document produced by Plaintiff in discovery, bates marked WA-AG-ALLURE00018125-31.

22. Attached as **Exhibit 20** is a true and correct copy of a document produced by Plaintiff in discovery, bates marked WA-AG-ALLURE00018333-45.

23. Attached as **Exhibit 21** is a true and correct copy of excerpts from the Deposition of Matthew Russell, taken by certified court reporter Cheryl Macdonald on November 21, 2023, in Seattle, Washington.

24. Attached as **Exhibits 22-24** are true and correct copies of emails between Plaintiff and Defendants regarding Defendants' Rule 30(b)(6) deposition notice.

25. Attached as **Exhibit 25** is a true and correct copy of a document produced by Plaintiff in discovery, bates marked WA-AG-ALLURE00019461-87. On May 19, 2023, the WAG produced a March 2, 2020 letter sent to them by Dr. William Portuese. It was not until September 7, 2023 that Plaintiff produced 41 communications between Plaintiff and Dr.

DECLARATION OF JAMES SANDERS -3
(2:22-cv-01835-RSM)

166436977.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Portuese. Plaintiff produced calendar entries of meetings between it and Dr. Portuese's attorney on February 29, 2024.

I declare under penalty of perjury and the laws of the State of Washington that the foregoing is true and correct.

DATED this 17th day of April 2024, at Seattle, Washington.

By: */s/ James Sanders*
James Sanders, WSBA #24565

DECLARATION OF JAMES SANDERS -4
(2:22-cv-01835-RSM)

166436977.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on April 17, 2024, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

*s/Kyle D. Nelson*
Kyle D. Nelson, WSBA #49981
KyleNelson@perkinscoie.com

DECLARATION OF JAMES SANDERS -5
(2:22-cv-01835-RSM)

166436977.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000