The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>  Plaintiff,<br><br>  v.<br><br>ALDERWOOD SURGICAL CENTER, LLC, a Washington limited liability company; NORTHWEST NASAL SINUS CENTER P.S., a Washington professional service corporation; and JAVAD A. SAJAN, M.D.,<br><br>  Defendants. | NO. 2:22-cv-01835-RSM<br><br>ORDER GRANTING STATE'S UNOPPOSED MOTION FOR LEAVE TO FILE COMBINED, OVERLENGTH REPLY TO DEFENDANTS' AND PERKINS COIE'S RESPONSES |

THIS MATTER having come before the Court on Plaintiff's Unopposed Motion for leave to file a combined, overlength Reply to Defendants' and Perkins Coie's Responses to the State's Second Motion for Sanctions (Dkt. #96), and the Court having reviewed the submission of the moving party, and finding good cause to order the relief requested, NOW, THEREFORE, IT IS HEREBY ORDERED THAT the State may file a combined Reply to Defendants' and Perkins Coie's Responses to the State's Second Motion for Sanctions of up to 4,200 words.

DATED this 1st day of May, 2024.

  RICARDO S. MARTINEZ
  UNITED STATES DISTRICT JUDGE

ORDER GRANTING STATE'S
UNOPPOSED MOTION FOR LEAVE
TO FILE COMBINED,
OVERLENGTH REPLY - 1
(2:22-cv-01835-RSM)

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

| | |
|---|---|
| 1 | Presented by:<br>ROBERT W. FERGUSON |
| 2 | Attorney General |
| 3 | |
| | /s/ Matt Geyman |
| 4 | BRET FINKELSTEIN, WSBA #48845<br>MATTHEW GEYMAN, WSBA #17544 |
| 5 | ZORBA LESLIE, WSBA #58523<br>ALEXANDRA KORY, WSBA #49889 |
| 6 | BEN BRYSACZ, WSBA #54638<br>RABI LAHIRI, WSBA #44214 |
| 7 | Assistant Attorneys General<br>Attorneys for Plaintiff State of Washington |
| 8 | |
| 9 | |
| 10 | |
| ... | |
| 26 | |

ORDER GRANTING STATE'S
UNOPPOSED MOTION FOR LEAVE
TO FILE COMBINED,
OVERLENGTH REPLY - 2
(2:22-cv-01835-RSM)

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744