UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> ALDERWOOD SURGICAL CENTER, LLC, a Washington limited liability company; NORTHWEST NASAL SINUS CENTER P.S., a Washington professional services corporation; and JAVAD A. SAJAN, M.D., <br><br> Defendant. | No. 2:22-cv-01835-RSM <br><br> NOTICE OF WITHDRAWAL OF COUNSEL |

TO: CLERK OF THE COURT

AND TO: ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that effective immediately, James Sanders, Amanda J. Beane, Tiffany L. Lee, Cara Wallace, Reina Almon-Griffin, and Kyle D. Nelson, of Perkins Coie LLP, hereby withdraw as attorneys of record for Defendants Alderwood Surgical Center, LLC, a Washington limited liability company; Northwest Nasal Sinus Center P.S., a Washington professional service corporation; and Javad A. Sajan, M.D. Defendants remain represented by Steven W. Fogg and Blake Marks-Dias of the law firm Corr Cronin.

NOTICE OF WITHDRAWAL OF COUNSEL
(2:22-cv-01835-RSM)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Dated: May 7, 2024

By: *s/ James Sanders*
James Sanders, Bar No. 24565
By: *s/ Amanda J. Beane*
Amanda J. Beane, WA Bar No. 33070
By: *s/ Tiffany L. Lee*
Tiffany L. Lee, Bar No. 51979
By: *s/ Cara Wallace*
Cara Wallace, Bar No. 50111
By: *s/ Kyle D. Nelson*
Kyle D. Nelson, Bar No. 49981
By: *s/ Reina Almon-Griffin*
Reina Almon-Griffin, Bar No. 54651

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
JSanders@perkinscoie.com
ABeane@perkinscoie.com
TiffanyLee@perkinscoie.com
CWallace@perkinscoie.com
KyleNelson@perkinscoie.com
RAlmon-Griffin@perkinscoie.com

NOTICE OF WITHDRAWAL OF COUNSEL
(No. 2:22-cv-01835-RSM) –2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on May 7, 2024, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

　　　　　　　　　　　　　　　　*/s/ Reina Almon-Griffin*
　　　　　　　　　　　　　　　　Reina Almon-Griffin, Bar No. 54651

NOTICE OF WITHDRAWAL OF COUNSEL
(No. 2:22-cv-01835-RSM) –3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000