1

The Honorable Ricardo S. Martinez

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

8

9

STATE OF WASHINGTON,

NO. 2:22-cv-01835-RSM

10

Plaintiff,

STIPULATED MOTION AND
ORDER EXTENDING DISCOVERY
CUTOFF AND DISPOSITIVE
MOTION DEADLINE

11

v.

12

ALDERWOOD SURGICAL CENTER, LLC,
a Washington limited liability company;
NORTHWEST NASAL SINUS CENTER,
P.S., a Washington professional service
corporation, and JAVAD A. SAJAN, M.D.,

13

NOTE ON MOTION CALENDAR:
May 14, 2024

14

15

Defendants.

16

17

Pursuant to LCR 7(d)(1), the undersigned parties respectfully request that the Court approve

18

a revision to the Case Scheduling Order (Dkt. #76) as revised by the Court's April 19, 2024 Order

19

Granting in Part Perkins Coie's Telephonic Motion to Withdraw (Dkt. #117). The current discovery

20

cutoff is set for May 27, 2024. Dkt. #117 at 7. The current deadline for dispositive motions is

21

June 11, 2024. Dkt. #76. By this stipulation and proposed order, the parties hereby request that the

22

discovery cutoff be moved to June 10, 2024 and the dispositive motion deadline be moved to

23

June 18, 2024. Pursuant to LCR 16(b), any motions to exclude expert testimony (*Daubert* motions)

24

shall also be filed no later than June 18, 2024. The parties request no further changes to the

25

case schedule.

26

The Court is aware of the procedural history of this case as summarized in its April 19, 2024

1    Order. Dkt. #117 at 1-2. Subsequent to that Order, on May 8, 2024, undersigned counsel for

2    Defendants made their appearances and Perkins Coie withdrew. Upon appearing, undersigned

3    defense counsel requested further delay of three key scheduled depositions. Plaintiff agreed to a

4    short delay, but even that short delay requires the extension of the discovery and dispositive motion

5    deadlines. By moving these two deadlines the parties intend to keep the remaining case schedule

6    intact, including the September 9, 2024 trial date.

7          IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

8          DATED this 14th day of May, 2024.

| ROBERT W. FERGUSON<br>Attorney General<br><br>*s/ Bret Finkelstein*<br>MATTHEW GEYMAN, WSBA #17544<br>ZORBA LESLIE, WSBA #58523<br>ALEXANDRA KORY, WSBA #49889<br>BRET FINKELSTEIN, WSBA #48845<br>BEN BRYSACZ, WSBA #54683<br>RABI LAHIRI, WSBA #44214<br>Assistant Attorneys General<br>Attorneys for Plaintiff State of Washington<br>Consumer Protection Division<br>Office of the Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br><br>*Attorneys for Plaintiff State of Washington* | CORR CRONIN LLP<br><br><br>*s/ Blake Marks-Dias*<br>STEVEN W. FOGG, WSBA #23528<br>BLAKE MARKS-DIAS, WSBA #28169<br>Corr Cronin LLP<br>1015 2nd Ave 10th Floor<br>Seattle, WA 98104<br><br><br><br><br><br><br><br>*Attorneys for Defendants Alderwood Surgical Center, LLC, Northwest Nasal Sinus Center P.S., and Javad A. Sajan, M.D.* |
|---|---|
| *I certify that this memorandum contains 229 words, in compliance with the Local Civil Rules.* | |

STIPULATED MOTION EXTENDING
DISCOVERY CUTOFF AND DISPOSITIVE
MOTION DEADLINE - 2
(2:22-cv-01835-RSM)

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  DATED this 15th day of May, 2024.

4

5

6  RICARDO S. MARTINEZ
   UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26